**FILED**

**FEBRUARY 5, 2008**
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

| | | |
|---|---|---|
| MARTIN G. VEGA | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. |
| | ) | |
| FIDELITY SECURITY LIFE | ) | REMOVAL FROM |
| INSURANCE COMPANY and ISM | ) | CIRCUIT COURT OF |
| ADMINISTRATORS | ) | COOK COUNTY |
| | ) | |
| Defendants. | ) | |

**08 C 771**

**JUDGE GRADY**
**MAGISTRATE JUDGE BROWN**

**NOTICE OF REMOVAL**

NOW COMES Defendants, FIDELITY SECURITY LIFE INSURANCE COMPANY and ISM ADMINISTRATORS, by and through their attorneys, SmithAmundsen LLC, and pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, hereby file this Notice of Removal of the above-captioned case to the United States District Court for the Northern District of Illinois, Eastern Division, from the Circuit Court of Cook County, County Department, Chancery Division, Case No. 2007-CH-38437, where the case is now pending under the caption *Martin G. Vega v. Fidelity Security Life Insurance Company and ISM Administrators* ("Vega suit"). In support thereof, Defendants state as follows:

**BACKGROUND**

1. Defendants, FIDELITY SECURITY LIFE INSURANCE COMPANY ("Fidelity") and ISM ADMINISTRATORS' ("ISM") Notice of Removal is based upon subject matter jurisdiction conferred by diversity of citizenship, as established in 28 U.S.C. § 1332(a) (2006).

2. On December 27, 2007, Plaintiff, MARTIN G. VEGA ("Vega"), filed a two-count Complaint for Declaratory Judgment and Other Relief against Fidelity and ISM, in the

1

Circuit Court of Cook County, State of Illinois, County Department, Chancery Division.  A copy of Mr. Vega's Complaint for Declaratory Judgment ("Vega Complaint") is attached hereto as Exhibit A.

3.     Fidelity and ISM were first served with Summons and the Vega Complaint on or about January 7, 2008.

4.     The Vega Complaint concerns the cancellation of Mr. Vega's insurance life and disability insurance policy issued by Fidelity for non-payment of premium.  Mr. Vega alleges generally that ISM failed and refused to request his bank to make the December 2005 premium payment.  He further alleges that ISM failed to give him timely notice of this failure and refusal, and that he allegedly believed the December 2005 premium had been paid and was unable to timely make the December 2005 premium payment to Fidelity.  He further alleges that the December 2005 premium was not paid and Fidelity wrongfully notified Vega that his insurance coverage lapsed and terminated.

5.     Mr. Vega is a resident of the City of Berwyn, County of Cook, in the State of Illinois.

6.     Fidelity is incorporated and has its principal place of business in Missouri.

7.     ISM is incorporated and has its principal place of business in California.

8.     The Vega suit is a declaratory judgment action, but seeks monetary damages from Fidelity and ISM for their alleged conduct.  See Exhibit A.

## ARGUMENT FOR REMOVAL

9.     Diversity of citizenship exists between the parties pursuant to 28 U.S.C. §§ 1332(a) and (c) (2006) because Mr. Vega is an Illinois resident, Fidelity is incorporated and has its principal place of business in Missouri and ISM is incorporated and has its principal place of

business in California.  Additionally, the purported claims alleged by Mr. Vega would likely exceed $75,000.

10.    Because diversity of citizenship exists, this case is properly removable to the United States District Court, pursuant to 28 U.S.C. § 1441(a) (2006).

11.    Pursuant to 28 U.S.C. § 1446(b) (2006), this Notice of Removal was filed with the Clerk of the United States District Court within thirty (30) days of Fidelity and ISM's first receipt (by service or otherwise) of the Vega suit.

14.    As required by 28 U.S.C. § 1446(d) (2006), Fidelity and ISM will promptly serve upon Vega's counsel and file with the Circuit Court of Cook County, a true and correct copy of this Notice.

15.    By removing this action, Fidelity and ISM do not waive any defenses available to them.

16.    If any question arises as to the propriety of the removal of this action, Fidelity and ISM request the opportunity to present a brief and oral argument in support of its position that this case is removable.

WHEREFORE, for the reasons stated hereinabove, Defendants, FIDELITY SECURITY LIFE INSURANCE COMPANY and ISM ADMINISTRATORS, respectfully request that this cause of action proceed in this Court, as an action properly removed to it.

Dated:  February 5, 2008.

Respectfully submitted,

FIDELITY   SECURITY   LIFE   INSURANCE
COMPANY and ISM ADMINISTRATORS


By:    _____
       One of its Attorneys for Defendants

John D. LaBarbera, Esq. (ARDC # 6274012)
Robert D. Boroff, Esq. (ARDC # 6289100)
SmithAmundsen LLC
150 North Michigan Avenue, Suite 3300
Chicago, Illinois 60601
Telephone: (312) 894-3200
Facsimile: (312) 894-3210