

**FILED**
**FEBRUARY 5, 2008**
**MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE:  In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                                 Case
**Martin G. Vega v. Fidelity Security Life Insurance Co. and ISM Administrators**

**08 C 771**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**JUDGE GRADY**
**MAGISTRATE JUDGE BROWN**

**Fidelity Security Life Insurance Co. and ISM Administrators**

| SIGNATURE |
| --- |
| s/ Glen E. Amundsen |

| FIRM |
| --- |
| **SmithAmundsen LLC** |

| STREET ADDRESS |
| --- |
| **150 NORTH MICHIGAN AVENUE, SUITE 3300** |

| CITY/STATE/ZIP |
| --- |
| **CHICAGO, IL 60601** |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
| --- | --- |
| 3126776 | **(312) 894-3200** |

| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?    YES /x /    NO / / |
| --- |

| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?    YES / /    NO /x / |
| --- |

| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?    YES /x /    NO / / |
| --- |

| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES /x /    NO / / |
| --- |

| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. |
| --- |
| RETAINED COUNSEL  / /                              APPOINTED COUNSEL  / / |