**FILED
FEBRUARY 5, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                                    Case

**Martin G. Vega v. Fidelity Security Life Insurance Co. and ISM Administrators**

**08 C 771**

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED ATTORNEY FOR:

**JUDGE GRADY
MAGISTRATE JUDGE BROWN**

**Fidelity Security Life Insurance Co. and ISM Administrators**

| SIGNATURE | |
|---|---|
| s/ Robert D. Boroff | |
| FIRM | |
| **SmithAmundsen LLC** | |
| STREET ADDRESS | |
| **150 NORTH MICHIGAN AVENUE, SUITE 3300** | |
| CITY/STATE/ZIP | |
| **CHICAGO, IL 60601** | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER **(312) 894-3200** |
| 6289100 | |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE?   YES /x /    NO / / | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE?  YES / /    NO /x / | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR?   YES / /    NO /x / | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY?   YES /x /   NO / / | |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. RETAINED COUNSEL / /            APPOINTED COUNSEL  / / | |