U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

In the Matter of                                               Case Number: 1:08-cv-00771

MARTIN G. VEGA V. FIDELITY SECURITY LIFE INSURANCE CO. AND ISM ADMINISTRATORS

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

MARTIN G. VEGA

| Field | Value |
|---|---|
| NAME (Type or print) | STEVEN A. GROSSMAN |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) | s/ Steven A. Grossman |
| FIRM | Michael J. Goldstein and Associates, Ltd. |
| STREET ADDRESS | 318 W. Adams, #1700, Chicago, IL 60606 |
| CITY/STATE/ZIP | CHICAGO, IL 60606 |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | 1073729 |
| TELEPHONE NUMBER | 312-444-9528 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES [X]  NO [ ] |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES [ ]  NO [X] |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES [X]  NO [ ] |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES [X]  NO [ ] |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS. | RETAINED COUNSEL [ ]   APPOINTED COUNSEL [ ] |