

# FIDELITY SECURITY LIFE INSURANCE COMPANY

3130 Broadway
Kansas City, Missouri 64111-2406
Phone 800-648-8624
A STOCK COMPANY
(Herein Called "the Company")

| | |
|---|---|
| **POLICY NUMBER:** | **TL-68** |
| **POLICYHOLDER:** | **American Association of Private Employees** |
| **POLICY EFFECTIVE DATE:** | **January 1, 1999** |

This Certificate is issued to Insureds of the above Policyholder. Coverage is in effect for the Insured Persons as of the date shown in the Schedule.

This Certificate describes the principal provisions of the Policy. Benefits are provided only while coverage is in force for each Insured Person according to the terms of the Policy.

All periods of insurance begin and end at 12:01 a.m. Standard Time at the Policyholder's address.

This Certificate replaces all certificates that may have been previously issued to the Insured.

FIDELITY SECURITY LIFE INSURANCE COMPANY

President                    Secretary

## TWENTY-DAY RIGHT TO RETURN CERTIFICATE

If the Insured is not satisfied for any reason, he or she may return this Certificate to Us or to Our authorized representative within 20 days after receipt. Premium will then be refunded. When so returned, this Certificate will be void from the beginning.

**GROUP TERM LIFE CERTIFICATE**
**TERM TO AGE 100**
**MODIFIED PREMIUM**
Insurance Amount Decreases after 10 Policy Years
Endowment Value Payable on the Exchange Date
Premiums Payable during the Insured's Lifetime
Exchange Options on the Exchange Date
Nonparticipating

**FSLIC 0001**

C-1031

98

## CERTIFICATE SCHEDULE

POLICYHOLDER:   American Association of Private Employees

INSURED:

Martin G Vega
1826 S 61st
Chicago, IL 60804

| | |
|---|---|
| Policy Number: | TL-68 |
| Certificate Number: | FF0128030 |
| Effective Date: | 06/01/2002 |
| Exchange Date: | 06/01/2012 |
| Maturity Date: | 06/01/2061 |
| Issue Age: | 41 |
| Sex: | Male |
| Premium Class: | Standard |
| Base Plan Code: | OMA168 |

FACE AMOUNT:                     $50,151
10th YEAR ENDOWMENT VALUE:       $1303.93   (Payable on the Exchange Date)

OWNER:          As designated and on file with the Company
BENEFICIARY:    As designated and on file with the Company

| Insured's Coverage: | Benefit | Initial Premium* | Payment Period (in years) |
|---|---|---|---|
| GROUP MODIFIED PREMIUM TERM TO 100 | $50,151 | $980.35 | 59 |
| WAIVER OF PREMIUM FOR TOTAL DISABILITY RIDER | | 109.33 | 19 |
| ACCIDENTAL DEATH BENEFIT RIDER | 50,151 | 72.72 | 29 |
| MONTHLY DISABILITY INCOME BENEFIT RIDER | 50 | 39.10 | 19 |
| FLEXIBLE PREMIUM ANNUITY BENEFIT RIDER | 0 | .00 | -- |
| ACCELERATED DEATH BENEFIT RIDER | 0 | .00 | -- |

| OTHER INSURED(S): | Effective Date: | Issue Age: | Sex: | Premium Class: |
|---|---|---|---|---|
| Enedina Gomez | 06/01/2002 | 42 | Female | Standard |

| Other Insureds' Coverage | Benefit | Initial Premium* | Payment Period |
|---|---|---|---|
| 10 YEAR TERM INSURANCE BENEFIT RIDER | 50,000 | 130.50 | 10 |

TOTAL ANNUAL PREMIUM (INSURED & OTHER INSURED (S))      $1,332.00
(INCLUDES $35.00 CERTIFICATE FEE)

MODE PREMIUM:     $111.00     PAYABLE: Monthly

*SUBSEQUENT PREMIUMS ARE SHOWN IN THE TABLE OF PREMIUMS

The Flexible Premium Annuity Rider is payable beginning in the second year unless elected
sooner. The premium is equal to the difference between the initial premium and the second
year premium for the Certificate. The Flexible Premium Annuity Rider premiums are optional
and can be increased or decreased.

ELECTED FLEXIBLE PREMIUM ANNUITY RIDER AMOUNT:   $40.96   PAYABLE  Monthly
ANNUITANT:       As designated and on file with the Company

ANY MONTHLY DISABILITY INCOME BENEFIT WILL CEASE ON:  06/01/2026

THIS CERTIFICATE SCHEDULE IS ATTACHED TO AND MADE A PART OF YOUR CERTIFICATE OF INSURANCE.
THIS CERTIFICATE SCHEDULE REPLACES AND CANCELS ALL OTHER CERTIFICATE SCHEDULES ISSUED PRIOR
TO THE DATE SHOWN BELOW FOR THE INSURED PERSON NAMED UNDER THIS POLICY NUMBER.

1A                          Date Prepared: 05/14/2002

FSLIC 0002

# CERTIFICATE SCHEDULE

**POLICY NUMBER:    TL-68**                    Certificate Number: FF0128030

### TABLE OF DEATH BENEFIT AMOUNTS AND GUARANTEED VALUES

THE VALUES SHOWN BELOW ARE FOR THE FACE AMOUNT OF INSURANCE SHOWN IN THE CERTIFICATE
SCHEDULE AND ASSUME ALL REQUIRED PREMIUMS ARE PAID TO THE END OF EACH CERTIFICATE YEAR.
THESE VALUES ARE ADJUSTED FOR ANY LOAN ON THE CERTIFICATE.  VALUES UNDER ANY RIDERS ARE
NOT INCLUDED.            **SEE FLEXIBLE PREMIUM ANNUITY BENEFIT RIDER FOR
DESCRIPTION OF ADDITIONAL ACCOUNT VALUES.**

| END OF CERTIFICATE YEAR | ATTAINED AGE OF INSURED | INSURANCE AMOUNT | GUARANTEED CASH OR LOAN VALUE | EXTENDED TERM INSURANCE | | PURE ENDOWMENT |
|---|---|---|---|---|---|---|
| | | | | YEARS | DAYS | |
| 1 | 42 | $    51,455 | $      .00 | 0 | 0 | $      .00 |
| 2 | 43 | 51,455 | .00 | 0 | 0 | .00 |
| 3 | 44 | 51,455 | .00 | 0 | 0 | .00 |
| 4 | 45 | 51,455 | .00 | 0 | 0 | .00 |
| 5 | 46 | 51,455 | .00 | 0 | 0 | .00 |
| 6 | 47 | 51,455 | 248.75 | 0 | 260 | .00 |
| 7 | 48 | 51,455 | 522.57 | 1 | 138 | .00 |
| 8 | 49 | 51,455 | 791.88 | 0 | 337 | .00 |
| 9 | 50 | 51,455 | 1053.17 | 1 | 0 | 651.40 |
| 10 | 51 | 51,455 | 1303.93 | 0 | 0 | 1303.93 |
| 11 | 52 | 50,151 | .00 | 0 | 0 | .00 |
| 12 | 53 | 45,937 | .00 | 0 | 0 | .00 |
| 13 | 54 | 41,912 | .00 | 0 | 0 | .00 |
| 14 | 55 | 38,227 | .00 | 0 | 0 | .00 |
| 15 | 56 | 34,914 | .00 | 0 | 0 | .00 |
| 16 | 57 | 31,968 | .00 | 0 | 0 | .00 |
| 17 | 58 | 29,344 | .00 | 0 | 0 | .00 |
| 18 | 59 | 26,985 | .00 | 0 | 0 | .00 |
| 19 | 60 | 24,815 | .00 | 0 | 0 | .00 |
| 20 | 61 | 22,777 | .00 | 0 | 0 | .00 |
| 21 | 62 | 20,842 | .00 | 0 | 0 | .00 |
| 22 | 63 | 19,018 | .00 | 0 | 0 | .00 |
| 23 | 64 | 17,323 | .00 | 0 | 0 | .00 |
| 24 | 65 | 15,766 | .00 | 0 | 0 | .00 |
| 25 | 66 | 14,375 | .00 | 0 | 0 | .00 |
| 26 | 67 | 13,136 | .00 | 0 | 0 | .00 |
| 27 | 68 | 12,037 | .00 | 0 | 0 | .00 |
| 28 | 69 | 11,043 | .00 | 0 | 0 | .00 |
| 29 | 70 | 10,120 | .00 | 0 | 0 | .00 |
| 30 | 71 | 9,249 | .00 | 0 | 0 | .00 |
| 24 | 65 | 15,766 | .00 | 0 | 0 | .00 |
| 34 | 75 | 6,263 | .00 | 0 | 0 | .00 |
| 44 | 85 | 2,619 | .00 | 0 | 0 | .00 |

NOTE:  THE AMOUNT SHOWN ABOVE UNDER GUARANTEED CASH OR LOAN VALUE FOR THE 10th YEAR IS
THE ENDOWMENT VALUE.  AFTER THE 10th YEAR THE FACE AMOUNT OF INSURANCE DECREASES ANNUALLY
ON THE CERTIFICATE ANNIVERSARY, AND THE DEATH BENEFIT IS EQUAL TO THE FACE AMOUNT.
    LOAN INTEREST RATE:  8.00% IN ARREARS
    REINSTATEMENT INTEREST RATE:  6.00%
    BASIS OF RESERVES:    1980 COMMISSIONERS STANDARD ORDINARY TABLE; 1980 COMMISSIONERS
    EXTENDED TERM INSURANCE TABLE; MALE/FEMALE; AGE LAST BIRTHDAY; INTEREST RATE 4.5%
    BASIS OF CASH VALUES:  1980 COMMISSIONERS STANDARD ORDINARY TABLE, MALE/FEMALE, AGE
    LAST BIRTHDAY; INTEREST RATE 5.75%.

**FSLIC 0003**

## CERTIFICATE SCHEDULE

POLICY NUMBER:   TL-68                          Certificate Number: FF0128030

TABLE OF PREMIUMS
GUARANTEED PREMIUMS SHOWN

THE ANNUAL PREMIUM IS THAT PREMIUM WHICH IS PAYABLE ON THE DATE SHOWN.   PREMIUMS FOR ALL
RIDERS, EXCEPT ANY FLEXIBLE PREMIUM ANNUITY RIDER, ARE INCLUDED.

| CERTIFICATE YEAR BEGINNING | ANNUAL PREMIUM | CERTIFICATE YEAR BEGINNING | ANNUAL PREMIUM | CERTIFICATE YEAR BEGINNING | ANNUAL PREMIUM |
|---|---|---|---|---|---|
| JUN 01 2002 | 1,332.00 | JUN 01 2045 | 761.19 | | |
| JUN 01 2003 | 909.02 | JUN 01 2046 | 761.19 | | |
| JUN 01 2004 | 909.02 | JUN 01 2047 | 761.19 | | |
| JUN 01 2005 | 909.02 | JUN 01 2048 | 761.19 | | |
| JUN 01 2006 | 909.02 | JUN 01 2049 | 761.19 | | |
| JUN 01 2007 | 1,226.34 | JUN 01 2050 | 761.19 | | |
| JUN 01 2008 | 1,226.34 | JUN 01 2051 | 761.19 | | |
| JUN 01 2009 | 1,226.34 | JUN 01 2052 | 761.19 | | |
| JUN 01 2010 | 1,226.34 | JUN 01 2053 | 761.19 | | |
| JUN 01 2011 | 1,226.34 | JUN 01 2054 | 761.19 | | |
| JUN 01 2012 | 982.34 | JUN 01 2055 | 761.19 | | |
| JUN 01 2013 | 982.34 | JUN 01 2056 | 761.19 | | |
| JUN 01 2014 | 982.34 | JUN 01 2057 | 761.19 | | |
| JUN 01 2015 | 982.34 | JUN 01 2058 | 761.19 | | |
| JUN 01 2016 | 982.34 | JUN 01 2059 | 761.19 | | |
| JUN 01 2017 | 982.34 | | | | |
| JUN 01 2018 | 982.34 | | | | |
| JUN 01 2019 | 982.34 | | | | |
| JUN 01 2020 | 982.34 | | | | |
| JUN 01 2021 | 833.91 | | | | |
| JUN 01 2022 | 833.91 | | | | |
| JUN 01 2023 | 833.91 | | | | |
| JUN 01 2024 | 833.91 | | | | |
| JUN 01 2025 | 833.91 | | | | |
| JUN 01 2026 | 833.91 | | | | |
| JUN 01 2027 | 833.91 | | | | |
| JUN 01 2028 | 833.91 | | | | |
| JUN 01 2029 | 833.91 | | | | |
| JUN 01 2030 | 833.91 | | | | |
| JUN 01 2031 | 761.19 | | | | |
| JUN 01 2032 | 761.19 | | | | |
| JUN 01 2033 | 761.19 | | | | |
| JUN 01 2034 | 761.19 | | | | |
| JUN 01 2035 | 761.19 | | | | |
| JUN 01 2036 | 761.19 | | | | |
| JUN 01 2037 | 761.19 | | | | |
| JUN 01 2038 | 761.19 | | | | |
| JUN 01 2039 | 761.19 | | | | |
| JUN 01 2040 | 761.19 | | | | |
| JUN 01 2041 | 761.19 | | | | |
| JUN 01 2042 | 761.19 | | | | |
| JUN 01 2043 | 761.19 | | | | |
| JUN 01 2044 | 761.19 | | | | |

For the 10 Year Term Insurance Benefit Rider only,  We reserve the right
to decrease the premium for years 2-10.

1C                               Date Prepared: 05/14/2002

FSLIC 0004

# TABLE OF CONTENTS

DEFINITIONS ..................................................................................................................................3

ELIGIBILITY AND EFFECTIVE DATE ......................................................................................3

DEATH BENEFIT ............................................................................................................................3

PREMIUMS ......................................................................................................................................3

CERTIFICATE VALUES ................................................................................................................4

LOANS ..............................................................................................................................................5

OPTIONS UPON NONPAYMENT OF PREMIUM ......................................................................5

EXCHANGE OPTIONS ..................................................................................................................6

INCOME OPTIONS ........................................................................................................................6

LIMITATIONS ................................................................................................................................8

TERMINATION OF POLICY ........................................................................................................8

TERMINATION OF CERTIFICATE ............................................................................................9

GENERAL PROVISIONS ..............................................................................................................9

FSLIC 0005

# DEFINITIONS

**Beneficiary** means the person or entity named in Our records to receive a benefit at death of the Insured unless indicated otherwise.

**Certificate** means a document that is a summary of the Insured's coverage under the Policy. The Policy is the legal contract of insurance.

**Certificate Schedule** means a page outlining benefit amounts and any age limitations or reductions for the Insured.

**Evidence of Insurability** means proof of the Insured's good health that is acceptable to Us.

**Immediate Family** means a spouse, grandparent, parent, brother, sister, or child related by blood or marriage to the Insured, in-law, or any person who resides with the Insured.

**Insured** means the person shown in the Certificate Schedule whose coverage under the Policy has become effective and has not ended.

**You, Your and Yours** means the Owner of the Certificate as shown in the Schedule.

**We, Us and Our** means Fidelity Security Life Insurance Company.

## ELIGIBILITY AND EFFECTIVE DATE

Coverage is effective on the date shown in the Certificate Schedule, subject to Our acceptance of the eligible person's individual application and payment of his or her premium. Eligibility requirements are described in the Policy application.

Evidence of Insurability is required as described in the Policy application.

In no event will any person be covered before the Effective Date of the Policy.

New eligible persons may be added to the Policy from time to time. We will require satisfactory Evidence of Insurability for each eligible person. This Evidence of Insurability will also be required when making application for increased amounts of coverage for any person already covered under the Policy.

## DEATH BENEFIT

The amount payable upon proof of the Insured's death while the Certificate is in force is the insurance amount shown in the TABLE OF DEATH BENEFIT AMOUNTS AND GUARANTEED VALUES, less any outstanding loan and any premium due.

## PREMIUMS

**Payment**
The first premium is due for each Insured by his or her Effective Date of coverage. Thereafter, premiums are payable to Us on the next due date. Premiums may be paid annually or monthly as shown in the Certificate Schedule.

**Refund of Premium at Death or upon Cancellation**
The portion of any premium paid that applies to a period beyond the end of the Certificate month in which the Insured's death occurs is added to the proceeds. We will refund any unearned premiums upon cancellation of the Certificate.

3

**FSLIC 0006**

**Grace Period**
The Certificate has a 31 day grace period for the payment of each premium due after the first premium. Coverage will continue in force during the grace period. It will terminate at the end of the grace period if all premiums that are due are not paid. We will require pro rata payment of all premiums for the period this coverage continues in force including the premiums for the grace period. This provision is subject to the OPTIONS UPON NONPAYMENT OF PREMIUM provision. If the Insured dies during the grace period, the premium due is paid from the proceeds of the Certificate.

**Reinstatement**
An Insured's Certificate may be reinstated within 5 years after default in the payment of any premium. Reinstatement is subject to:

1. Written application;
2. Receipt of Evidence of Insurability satisfactory to Us;
3. Payment and receipt by Us of past due premiums with interest from the due date of each premium; and
4. Payment and receipt by Us or reinstatement of any indebtedness existing under the Certificate at the date of default, with interest from that date.

Interest, at the rate shown in the Certificate Schedule, will be compounded annually on past due premiums and indebtedness and will be payable to the date of reinstatement.

The Insured's Certificate cannot be reinstated if it was surrendered for its cash value. Incontestability will begin upon the date of reinstatement.

## CERTIFICATE VALUES

**Net Cash Value**
The net cash value is the cash value shown in the TABLE OF DEATH BENEFIT AMOUNTS AND GUARANTEED VALUES, decreased by any outstanding loan on the Certificate. The cash value at any time other than at the end of a Certificate year is determined by making allowance for the part of the year that premiums are paid. Surrender within 31 days after a Certificate anniversary is treated as a surrender on the Certificate anniversary.

**Surrender For Cash**
You may surrender the Certificate at any time for its net cash value while the Insured is living. If the request to surrender is made within 60 days after the due date of an unpaid premium, the net cash value is determined as of the due date.

**Deferral of Payment**
We reserve the right to defer payment for not more than 6 months from the date of Your written request for a loan (other than to pay a premium), surrender of the Certificate or a surrender under one of the OPTIONS UPON NONPAYMENT OF PREMIUM.

**Basis of Computation**
All cash values, reserves (the amount that is held for payment of future benefits), and net single premiums are based on the Commissioners Mortality Table shown in the Certificate Schedule with interest at the rates guaranteed for reserves and cash values which are shown in the Certificate Schedule. These values equal or exceed the minimum values required by law. Riders are ignored when determining values under the Certificate.

**FSLIC 0007**

## LOANS

**Loan Value**
The loan value is the cash value of the Certificate. The amount available for loan is an amount which, with interest on the total loan to the end of the Certificate year, will not exceed the net cash value at the end of the Certificate year or the date to which premiums are paid, whichever is earlier. Any premium due and unpaid at the time the loan is made may be deducted from the loan.

**Cash Loans**
When loan value is available, You may request to borrow against the Certificate. The loan is made with the Certificate as sole security for the loan. The loan is the first lien on the Certificate.

**Loan Interest**
The interest rate on a loan is shown in the Certificate Schedule. Interest is due annually at the end of each Certificate year until the loan is repaid. If interest is not paid when due, it is added to the loan.

**Effect of Loan**
The loan, plus any unpaid interest, is deducted from the Death Benefit or the cash value of the Certificate.

**Loan Repayment**
You may repay the loan in whole or in part at any time while the Certificate is in effect. Failure to repay the loan or interest will not lapse the Certificate unless the total loan equals or exceeds the Loan Value. If the total loan exceeds the Loan Value, lapse will not occur until 31 days after a notice of lapse is mailed to the last known address of the Owner and to any assignee of record.

**Automatic Premium Loan**
This provision becomes effective if requested in the application or other written request provided no premium on the Certificate is in default beyond the Grace Period.

The automatic premium loan provision stays in effect until canceled by written request. While effective, each premium due and not paid in some other way, is paid automatically by loan on the last day of the grace period. Each premium is charged against the Certificate as a loan as of its due date. If the Loan Value is smaller than the unpaid premium plus any outstanding loan, the frequency of payment will be changed. The new frequency of payment is that which allows payment of the next smaller premium that the amount available pays in full. If the Loan Value is smaller than the monthly premium plus any outstanding loan, the automatic premium loan will pay as large a part of the monthly premium as possible.

## OPTIONS UPON NONPAYMENT OF PREMIUM

If a premium is in default beyond the grace period and is not paid by Automatic Premium Loan, the insurance under the Certificate lapses except as may be provided in the following options. One of the following options may be elected by written request no later than 60 days after the premium due date and prior to the Insured's death. If no option is elected, the automatic option is Extended Term Insurance.

**Surrender Option**
You may surrender the Certificate for its Net Cash Value as shown in the TABLE OF DEATH BENEFIT AMOUNTS AND GUARANTEED VALUES.

**FSLIC 0008**

**Extended Term Insurance**

This option is available if extended term insurance values are shown in the TABLE OF DEATH BENEFIT AMOUNTS AND GUARANTEED VALUES in the Certificate Schedule. The insurance amount less any outstanding loan will be continued in force as level term insurance from the date of default. The period of such term insurance will be that which the Net Cash Value will provide when applied as a net single premium at the Insured's attained age. However, in no event will such period extend beyond the Exchange Date. Any excess cash value, after providing insurance to the Exchange Date, will be applied as a net single premium to purchase a pure endowment benefit. Such benefit will be payable to You only if the Insured is still living on the Exchange Date. Extended term insurance may be surrendered at any time for its Net Cash Value. This value is the net single premium at the Insured's attained age for any benefit remaining under such insurance.

**Termination of Additional Benefits**

When an option upon nonpayment of premium is in effect, any Accidental Death, Waiver of Premium, Term Life or other additional benefit terminates, unless stated otherwise.

## EXCHANGE OPTIONS

If the Certificate is in force on a premium paying basis on the Exchange Date, shown in the Certificate Schedule, it may be exchanged for a new Certificate on the life of the Insured without Evidence of Insurability.

1. The new Certificate may be either:
   a. a modified premium term to age 100 insurance Certificate; or
   b. a level premium whole life insurance Certificate, which is then being offered by Us for this Exchange.
2. Proper written application for the new Certificate must be received during the Insured's lifetime at Our office and prior to the Exchange Date. We will notify You 60 days prior to the Exchange Date that these Exchange Options are available.
3. The Certificate must be returned to Us to be surrendered for its net cash value.
4. The new Certificate takes effect on the Exchange Date. In no event does the insurance provided by the new Certificate become effective prior to such date.
5. The face amount of the new Certificate cannot be less than Our stated minimum for the plan of insurance purchased nor greater than the face amount shown in the Certificate Schedule.
6. The premium for the new Certificate is at the rate in effect on the Exchange Date at the then attained age and sex of the Insured. The premium class is the same as this Certificate.
7. Waiver of Premium, Accidental Death, and Monthly Disability Income Benefits, may be included in the new Certificate only if included in this Certificate subject to Our premium rates and issue rules then in effect. Any Waiver of Premium Benefit and Monthly Disability Income in the new Certificate will apply only if the Insured is Totally Disabled after the Exchange Date.

## INCOME OPTIONS

Proceeds are the amount payable on the surrender of the Certificate or upon the death of the Insured. The proceeds of the Certificate may be applied under any of these options by written request to Us. The options are:

**Option 1 - FIXED PERIOD:** Payment will be made for a fixed period not to exceed 30 years.

**Option 2 - LIFE INCOME:** Payment will be made for the life of the payee. Payments can be guaranteed for a minimum number of years, such as 10 or 20.

**Option 3 - FIXED AMOUNT:** Payment of a fixed amount will be made until proceeds and interest are fully paid. The final payment is the balance left with Us.

**Option 4 - INTEREST INCOME:** Annual, semiannual or quarterly payment on funds left on deposit will be made for the life of the payee. Withdrawals made after the election must be at least $100.

FSLIC 0009

Elections of options are subject to these conditions:

1. Election must be made by the Owner while the Insured is still living. If no election is made by the time of the Insured's death, then the Beneficiary may elect an option.
2. Proceeds must be enough to produce installment payments of at least $25. Proceeds must be at least $2,000.
3. Options are available with the consent of Us if:
   a) The Certificate is assigned.
   b) The payee is a trustee or business entity.
4. Unless the option was elected by the person to receive payment, withdrawal or transfer of funds between options may be made only to the extent stated in the election.
5. If the option depends on age, proof of a payee's date of birth is required.

**Payment of Proceeds**
If payment of proceeds in one sum is not made within 30 days from the date We receive proof of death, We will pay interest on the proceeds from the date of notification to the date of payment, or as required by law.

**Payments**
The amount payable under an option including any excess interest is as We declare. The minimum interest rate used in computing payment under all deposits is 4% per year.

**Supplemental Contract**
When an option becomes effective, the Certificate is surrendered in exchange for a supplementary contract or an annuity contract. It provides for the manner of settlement and rights of the payee(s). The contract effective date is the date of the Insured's death or the date of other settlement. The first payment under options 1, 2, and 3 is payable as of the effective date. The first interest payment under Option 4 is made at the end of the interest payment period elected. Subsequent payments are made in accordance with the frequency of payment elected. The contract may not be assigned or payment made to another without Our consent.

**Income Protection**
Unless otherwise provided in the election, a payee does not have the right to commute, transfer, or encumber amounts held or installments to become payable. To the extent provided by law, the proceeds, amount retained and installments are not subject to any payee's debts, contracts, or engagements.

**Death of the Primary Payee**
Upon the primary payee's death, any payment certain under Option 1 or 2, interest payment under option 4, or payment under option 3 is continued to the contingent payee. Amounts may be released in one sum if allowed by the contract. The final payee is the estate of the last to die of the primary payee and any contingent payee.

## INCOME OPTIONS TABLES

### OPTION 1 - INSTALLMENTS FOR A FIXED PERIOD
(Per $1,000 of Proceeds)

| Period (Years) | Monthly Payment | Period (Years) | Monthly Payment | Period (Years) | Monthly Payment |
|---|---|---|---|---|---|
| 1 | 84.84 | 11 | 9.31 | 21 | 5.81 |
| 2 | 43.25 | 12 | 8.69 | 22 | 5.64 |
| 3 | 29.40 | 13 | 8.17 | 23 | 5.49 |
| 4 | 22.47 | 14 | 7.72 | 24 | 5.35 |
| 5 | 18.32 | 15 | 7.34 | 25 | 5.22 |
| 6 | 15.56 | 16 | 7.00 | 26 | 5.10 |
| 7 | 13.59 | .17 | 6.71 | 27 | 5.00 |
| 8 | 12.12 | 18 | 6.44 | 28 | 4.90 |
| 9 | 10.97 | 19 | 6.21 | 29 | 4.80 |
| 10 | 10.06 | 20 | 6.00 | 30 | 4.72 |

Quarterly income is 2.990 times the monthly income and annual income is 11.787 times the monthly income.

**FSLIC 0010**

## OPTION 2 - LIFE INCOME
### (Per $1,000 of Proceeds)

The amount of insurance income is based on the sex and attained age of the payee on the date of the first payment.

| Male | Guaranteed Period | | | Female | Guaranteed Period | | |
|---|---|---|---|---|---|---|---|
| | None | 10 Years | 20 Years | | None | 10 Years | 20 Years |
| 55 | 4.49 | 4.44 | 4.25 | 55 | 4.09 | 4.06 | 3.98 |
| 56 | 4.58 | 4.52 | 4.32 | 56 | 4.16 | 4.13 | 4.04 |
| 57 | 4.68 | 4.61 | 4.38 | 57 | 4.24 | 4.21 | 4.10 |
| 58 | 4.78 | 4.71 | 4.44 | 58 | 4.32 | 4.28 | 4.16 |
| 59 | 4.89 | 4.81 | 4.51 | 59 | 4.41 | 4.37 | 4.23 |
| 60 | 5.01 | 4.91 | 4.58 | 60 | 4.50 | 4.45 | 4.29 |
| 61 | 5.14 | 5.02 | 4.64 | 61 | 4.60 | 4.55 | 4.36 |
| 62 | 5.27 | 5.14 | 4.71 | 62 | 4.70 | 4.64 | 4.43 |
| 63 | 5.41 | 5.26 | 4.77 | 63 | 4.81 | 4.75 | 4.50 |
| 64 | 5.57 | 5.39 | 4.84 | 64 | 4.93 | 4.85 | 4.58 |
| 65 | 5.73 | 5.52 | 4.90 | 65 | 5.06 | 4.97 | 4.65 |
| 66 | 5.91 | 5.66 | 4.96 | 66 | 5.19 | 5.09 | 4.72 |
| 67 | 6.09 | 5.81 | 5.02 | 67 | 5.34 | 5.22 | 4.79 |
| 68 | 6.29 | 5.96 | 5.08 | 68 | 5.49 | 5.35 | 4.86 |
| 69 | 6.51 | 6.12 | 5.13 | 69 | 5.66 | 5.49 | 4.93 |
| 70 | 6.73 | 6.28 | 5.18 | 70 | 5.84 | 5.64 | 5.00 |
| 71 | 6.98 | 6.44 | 5.23 | 71 | 6.04 | 5.80 | 5.06 |
| 72 | 7.23 | 6.61 | 5.27 | 72 | 6.25 | 5.97 | 5.12 |
| 73 | 7.51 | 6.78 | 5.31 | 73 | 6.47 | 6.14 | 5.18 |
| 74 | 7.80 | 6.96 | 5.34 | 74 | 6.72 | 6.32 | 5.23 |
| 75 | 8.11 | 7.13 | 5.37 | 75 | 6.98 | 6.51 | 5.28 |
| 76 | 8.45 | 7.31 | 5.40 | 76 | 7.27 | 6.70 | 5.32 |
| 77 | 8.81 | 7.49 | 5.42 | 77 | 7.58 | 6.90 | 5.36 |
| 78 | 9.20 | 7.66 | 5.44 | 78 | 7.91 | 7.10 | 5.39 |
| 79 | 9.61 | 7.83 | 5.46 | 79 | 8.27 | 7.30 | 5.42 |
| 80 | 10.05 | 8.00 | 5.47 | 80 | 8.67 | 7.50 | 5.44 |

## LIMITATIONS

**Suicide**

If an Insured commits suicide while sane or insane within two years (one year in Colorado, Missouri or North Dakota) from the effective date, Our obligation will be only to return the premiums paid, less any outstanding loan.

## TERMINATION OF POLICY

We or the Policyholder may terminate the Policy on any date on or after the first Anniversary Date. Written notice must be provided to the other party at least 31 days prior to termination.

Upon termination of the Policy, the Owner's individual Certificate shall thereafter be considered as a contract between the Owner and the Company. The insurance which was provided under the terminated Policy shall thereafter be continued under the Owner's individual Certificate.

**FSLIC 0011**

## TERMINATION OF CERTIFICATE

The Owner's individual Certificate will terminate on the earliest of the following:

1. The date of the Insured's death; or
2. The date the Certificate is exchanged; or
3. The date the Certificate lapses for failure to pay premiums; or
4. the date We receive a written request from the Owner to terminate the Certificate. The request must be accompanied by the Certificate for endorsement; or
5. the date the Insured attains age 100.

## GENERAL PROVISIONS

**Owner**
The Owner is the Insured unless otherwise designated in the application or unless changed. If an Owner has not been designated and the Insured is too young to be the legal Owner, then the applicant, if living, otherwise the Beneficiary will be the Owner, If at age 21 the Insured is not already the Owner, he or she will automatically become the Owner. The Owner may, without the consent of any revocable Beneficiary, subject to the rights of any prior assignee receive every benefit, exercise all rights and enjoy all privileges granted in the Certificate. The Owner may name a Contingent Owner. A Contingent Owner succeeds to the rights of the Owner if the Owner dies before the Insured dies.

**Beneficiary**
The Beneficiary is named in the application or in the most recent Beneficiary change recorded. The interest of any Beneficiary, whether revocable or irrevocable, ceases when the Beneficiary dies before the Insured. Unless otherwise stated, two or more beneficiaries in the same class share equally, and the interest of any deceased Beneficiary passes equally to the surviving beneficiaries within the class. If no Beneficiary survives the Insured, the Death Benefit is paid to the Owner, if living, otherwise to the Owner's estate.

**Change of Owner or Beneficiary**
During the Insured's lifetime, the Owner or Beneficiary, except an irrevocable Beneficiary, may be changed at any time in writing on forms We provide. The change date is the date the written request is accepted and recorded by Us. If We pay the benefit before We receive a change request, We are released from further liability under the Policy to the extent of Our payment. We may require the Certificate returned for endorsement for any change requested.

The Owner may change a Contingent Owner.

**Assignment**
You may assign insurance as collateral security without changing the rights of Ownership. However, the interests of the Owner and any Beneficiary are subordinate to the interest of any assignee.

An assignment of the insurance is not binding on Us until it is recorded by Us. We assume no responsibility for the validity of any assignment. Any assignment is subject to any Certificate loan.

**Entire Contract; Changes**
The Policy, including any attached riders and endorsements, the Insured's application, and copy of the Policy application attached to the Policy when issued, are the entire contract of insurance. All statements made by the Policyholder, or by the Insured, in the absence of fraud, are deemed representations and not warranties. No statement made by any Insured will be used in any contest unless a copy of the instrument with the statement is or has been furnished to the Insured, or in the event of death or incapacity of the Insured, to his or her Beneficiary or personal representative.

The Policy may be changed at any time by Us or by the Policyholder without the consent of any Insured. No change in the Policy is effective until approved by an officer of Our Company. The change must be attached to the Policy. No agent may change the Policy or waive any of its provisions.

**FSLIC 0012**

## Certificates

Certificates will be provided to Insureds. They will describe the coverage provided, to whom benefits are paid, and the provisions of the Policy that apply to Insureds. The Certificate is not a part of the Policy. Any conflict between the terms of the Certificate and the Policy will be decided in favor of the Policy. A copy of the Policy may be examined at the office of the Policyholder.

If the Insured is not satisfied for any reason, he or she may return the Certificate within 20 days after receipt. The premium will then be refunded. When so returned, the Certificate will be void from the beginning. The Certificate must be returned to Us at Our home office or to Our authorized agent.

## Incontestability

The validity of the Certificate will not be contested, except for nonpayment of premiums, after it has been in force for two years from its effective date. No statement, except fraudulent misrepresentation, made by any Insured under the Certificate relating to his or her insurability will be used in contesting the validity of their insurance with respect to which the statement was made after the insurance has been in force prior to the contest for a period of two years during the Insured's lifetime, unless it is contained in a written instrument signed by the Insured. However, this does not include Our assertion at any time of defenses based on provisions in the Policy which related to eligibility for coverage.

## Right of Rescission

Subject to the Incontestability provision, We may rescind an Insured's coverage upon discovery of a material misrepresentation or omission of fact in the Insured's application. We will then refund all premiums paid for the Insured's coverage, less any benefits paid prior to such discovery.

## Misstatement of Age or Sex

If the age or sex of an Insured has been misstated, We will make an equitable adjustment of premiums or benefits or both. We will change the benefit to the applicable amount available for the correct age or sex. We will refund any excess premium paid over the amount due for the correct benefit amount. We will request payment for any overdue premium for the correct benefit amount. If the misstatement is discovered after a benefit is due and payable, We will reduce or increase the benefit amount payable by the amount of excess or overdue premium due to the misstatement. If an Insured is not eligible for coverage because of age or sex, We will refund all premiums paid on and after the date the Insured was no longer eligible.

## Conformity with State Statutes

Any provision of the Policy which, on its effective date, conflicts with the laws of the state in which the Insured resides is amended to conform to the minimum requirements of those laws.

## Notice of Claim

Written notice of claim must be sent to Us within 30 days after a loss is incurred or as soon as reasonably possible. Notice given by or on behalf of the Insured to Us at Our home office, or to Our authorized agent, with sufficient information to identify the Insured is notice to Us.

## Claim Forms

We will furnish the Insured with a claim form for filing proof of loss. If We do not furnish the form within 15 days after We receive notice of any claim, the Insured is deemed to have complied with the Proof of Loss provision by submitting, within the time specified in the Proof of Loss provision, written proof describing the occurrence, character, and extent of the loss for which claim is made.

## Proof of Loss

For a claim for benefits payable on a periodic basis, written proof of loss must be furnished to Us within 90 days after the commencement of the period of loss. Subsequent written proofs of the continuance of the loss must be furnished to Us at such intervals as We may reasonably require.

For a claim for any other loss, written proof must be furnished to Us within 90 days after the date of the loss or as soon as reasonably possible. However, in no event except in the absence of legal capacity of the claimant, will We accept proof later than one year from the time proof is otherwise required.

**FSLIC 0013**

**Time of Payment of Benefits**

All benefits payable under the Policy other than for loss of time are payable immediately after Our receipt of proof. Subject to due proof of loss, all accrued benefits payable for loss of time will be paid not less frequently than monthly during the continuance of the period for which We are liable. Any balance remaining unpaid at the termination of such period will be paid as soon as possible after Our receipt of such proof.

**Physical Exam and Autopsy**

We have the right and opportunity to have the Insured examined for whom claim is made when and so often as We may reasonably require during a pending claim under the Policy. We also have the right and opportunity to make an autopsy in case of death where it is not prohibited by law. The exam and autopsy are at Our expense.

**Legal Actions**

No action at law or in equity will be brought to recover on the Policy prior to the expiration of 60 days after proof of loss has been filed according to the Proof of Loss provision. No such action will be brought after three years from the expiration of time when such proof of loss is required.

**Non-Participating**

No dividends will be paid. The Policy, Certificate, or attached riders and endorsements, if any, will not share in Our surplus earnings or profits.

FSLIC 0014



# FIDELITY SECURITY LIFE INSURANCE COMPANY

3130 Broadway
Kansas City, Missouri 64111-2406
Phone 800-648-8624
A STOCK COMPANY
(Herein Called "the Company")

## WAIVER OF PREMIUM FOR TOTAL DISABILITY RIDER

By attachment of this Rider, the Policy/Certificate is amended as follows:

The following Benefit is added to the Policy/Certificate and will only apply if:

1) The Insured's application for such Benefit is approved by Us; and
2) Premium payments are made for the Benefit. Premiums for this Rider are payable at the same interval as premiums for the Certificate.

### DEFINITIONS

**Injury** means bodily Injury sustained directly and independently of all other causes, which results in loss covered by this Rider. The Injury must occur and the loss must begin while the coverage for the Insured is in force under this Rider and the Policy.

**Sickness** means a bodily disorder; a disease; or Complications of Pregnancy. The Sickness must occur while the coverage for the Insured is in force under the Policy. **Complications Of Pregnancy** means any of these: (1) a condition which, while affected by pregnancy, is still classified by accepted medical standards as a Sickness, disease or Injury apart from the normal bodily changes that accompany pregnancy; or (2) an extra-uterine or ectopic pregnancy; or (3) a spontaneous termination of pregnancy during a period of gestation in which a viable birth is not possible.

**Total Disability/Totally Disabled** means that because of Injury or Sickness:

1) during the first 24 months of disability, the Insured cannot perform the material and substantial duties of his or her regular occupation. The Insured must be under the care of a Physician. For a homemaker or student, regular occupation shall be considered the same as an occupation for wage or profit.
2) after 24 months of disability, the Insured is completely unable to perform the material and substantial duties of any occupation for which he or she is reasonably fitted by education, training or experience. The Insured must be under the care of a Physician, unless the Physician certifies that the Insured does not need the regular care of a Physician for such disabling condition.

The loss of a professional or occupational license for any reason does not, in itself, constitute Total Disability.

### WAIVER OF PREMIUM

We will waive premium payments, except the premium for any Annuity Rider attached to the Certificate, under the following conditions:

1) The Insured must become Totally Disabled by Injury or Sickness;
2) The Total Disability must begin while the Certificate and this Rider are in effect;
3) The Total Disability must begin before the Certificate Anniversary Date following the Insured's 60th birthday; and
4) The Total Disability must continue for more than six months.

R-02619

TL-68

**FSLIC 0015**

After six months of Total Disability, premiums will be waived back to the date the Total Disability began. Premiums which become due and were paid during this six-month period will be refunded.

Only premium payments under the Certificate during the Insured's Total Disability are waived. The premiums waived according to the payment mode in force when Total Disability began. Values and other benefits of the Certificate will be the same as if the premiums waived had been paid in cash.

We will refund any premium due and paid after the Insured becomes Totally Disabled if such total Disability began before the end of the grace period.

## EXCLUSIONS

Waiver of Premium will not be granted if Total Disability results from one of the following:

1) the Insured intentionally inflicts on himself or herself while sane or insane (in Missouri while sane); or
2) caused by war, declared or undeclared, or any act or war.

## TERMINATION

This Rider will terminate on the earliest of:

1) The Certificate Anniversary Date following the Insured's 60th birthday, unless Totally Disabled;
2) The premium due date the Insured fails to pay the required premium for this Rider or the Certificate, subject to the grace period;
3) The date the Insured's Certificate becomes reduced paid up or extended term insurance, is exchanged, expires, matures, or otherwise terminates; or
4) On the next premium due date following the date the We receive a written request from the Owner to terminate coverage.

This Rider takes effect on the effective date shown in the Certificate Schedule. It is subject to all the definitions, limitations, exclusions, and conditions of the Policy/Certificate except as stated.

FIDELITY SECURITY LIFE INSURANCE COMPANY

President                                          Secretary

FSLIC 0016



# FIDELITY SECURITY LIFE INSURANCE COMPANY

3130 Broadway
Kansas City, Missouri 64111-2406
Phone 800-648-8624
A STOCK COMPANY
(Herein Called "the Company")

## ACCIDENTAL DEATH BENEFIT RIDER

By attachment of this Rider, the Policy/Certificate is amended as follows:

The following Benefit is added to the Policy/Certificate and will only apply if:

1. The Insured's application for such Benefit is approved by Us; and
2. Premium payments are made for the Benefit. Premiums for this Rider are payable at the same interval as premiums for the Certificate.

### DEFINITIONS

**Injury** means bodily Injury sustained directly and independently of all other causes, which results in loss covered by this Rider. The Injury must occur and the loss must begin while the coverage for the Insured is in force under this Rider and the Policy.

### BENEFIT

If an Insured sustains an accidental bodily Injury prior to the Certificate Anniversary Date following his or her 70th birthday, and within 90 days of the Injury, dies as a direct result of that Injury, We will pay the Accidental Death Benefit Amount shown in the Certificate Schedule. The Injury and death both must occur while the Insured is covered by the Certificate and this Rider.

### EXCLUSIONS

No benefit will be payable for any loss caused by or contributed to by:

1. disease, bodily or mental health, or diagnostic medical or surgical treatment;
2. attempted suicide or intentional self inflicted Injury while sane or insane (while sane in Colorado or Missouri);
3. infections, except pyogenic infection resulting from an accidental bodily Injury or resulting from accidental ingestion of a contaminated substance;
4. war or any act of war whether declared or undeclared;
5. active participation in a riot or insurrection. "Participation" means taking an active part in common with others. "Riot" means any use or threat to use force or violence by three or more persons without authority of law;
6. commission or attempted commission of a felony, assault, or illegal action;
7. travel or flight in any aircraft, except as a fare-paying passenger of a commercial airline flying on regularly scheduled routes between definitely established airports;
8. descent or otherwise falling from any type of aircraft.

**FSLIC 0017**

R-02614

TL-68

**TERMINATION**

This Rider will terminate on the earliest of:

1. The Certificate Anniversary Date following the Insured's 70th birthday;
2. The premium due date the Insured fails to pay the required premium for this Rider or the Certificate, subject to the grace period;
3. The date the Insured's Certificate becomes reduced paid up or extended term insurance, is exchanged, expires, matures, or otherwise terminates; or
4. On the next premium due date following the date the We receive a written request from the Owner to terminate coverage.

Termination of the Insured's insurance will not prejudice any claim originating before such termination.

This Rider takes effect on the effective date of the Policy/Certificate to which it is attached. This Rider terminates concurrently with the Policy/Certificate to which it is attached. It is subject to all the definitions, limitations, exclusions and conditions of the Policy/Certificate except as stated.

FIDELITY SECURITY LIFE INSURANCE COMPANY

President                         Secretary

2

**FSLIC 0018**



# FIDELITY SECURITY LIFE INSURANCE COMPANY

3130 Broadway
Kansas City, Missouri 64111-2406
Phone 800-648-8624
A STOCK COMPANY
(Herein Called "the Company")

## MONTHLY DISABILITY INCOME BENEFIT RIDER

By attachment of this Rider, the Policy/Certificate is amended as follows:

The following Benefit is added to the Policy/Certificate and will only apply if:

1) The Insured's application for such Benefit is approved by Us; and
2) Premium payments are made for the Benefit. Premiums for this Rider are payable at the same interval as premiums for the Certificate.

### DEFINITIONS

**Injury** means bodily Injury sustained directly and independently of all other causes, which results in loss covered by this Rider. The Injury must occur and the loss must begin while the coverage for the Insured is in force under this Rider and the Policy.

**Sickness** means a bodily disorder; a disease; or Complications of Pregnancy. The Sickness must occur while the coverage for the Insured is in force under the Policy. **Complications of Pregnancy** means any of these: (1) a condition which, while affected by pregnancy, is still classified by accepted medical standards as a Sickness, disease or Injury apart from the normal bodily changes that accompany pregnancy; or (2) an extra-uterine or ectopic pregnancy; or (3) a spontaneous termination of pregnancy during a period of gestation in which a viable birth is not possible.

**Total Disability/Totally Disabled** means that because of Injury or Sickness:

1) during the first 24 months of disability, the Insured cannot perform the material and substantial duties of his or her regular occupation. The Insured must be under the care of a Physician. For a homemaker or student, regular occupation shall be considered the same as an occupation for wage or profit.
2) after 24 months of disability, the Insured is completely unable to perform the material and substantial duties of any occupation for which he or she is reasonably fitted by education, training or experience. The Insured must be under the care of a Physician, unless the Physician certifies that the Insured does not need the regular care of a Physician for such disabling condition.

The loss of a professional or occupational license for any reason does not, in itself, constitute Total Disability.

### BENEFIT

We will pay the Monthly Disability Income Benefit shown on the Certificate Schedule under the following conditions:

1) The Insured must become Totally Disabled by Injury or Sickness;
2) The Total Disability must begin while the Policy and this Rider are in effect;
3) The Total Disability must begin before the Certificate Anniversary Date following the Insured's 60th birthday; and
4) The Total Disability must continue for more than six months.

R-02618

**FSLIC 0019**    TL-68

After six months of Total Disability, the first monthly income payment is made beginning with the first month of continuous Total Disability. Thereafter, payments are made at the end of each full month that such Total Disability continues. Benefits cease on the date shown in the Certificate Schedule. We will pay 1/30th of the Monthly Disability Income Benefit for each day of a partial month that the Insured is Totally Disabled.

We will refund any premium due and paid after the Insured becomes Totally Disabled if such total Disability began before the end of the grace period.

The Maximum Monthly Disability Income Benefit is shown in the Certificate Schedule.

## EXCLUSIONS

The Monthly Disability Income Benefit is not payable for any Total Disability:

1) the Insured intentionally inflicts on himself or herself while sane or insane (in Missouri while sane); or
2) caused by war, declared or undeclared, or any act or war.

## TERMINATION

This Rider will terminate on the earliest of:

1) The Certificate Anniversary Date following the Insured's 60th birthday;
2) The premium due date the Insured fails to pay the required premium for this Rider or the Certificate, subject to the grace period;
3) The date the Insured's Certificate becomes reduced paid up or extended term insurance, is exchanged, expires, matures, or otherwise terminates; or
4) On the next premium due date following the date the We receive a written request from the Owner to terminate coverage.

Termination of the Insured's insurance will not prejudice any claim originating before such termination; provided the Insured continues to meet the definition of Total Disability. Such Benefit payable will not continue beyond the Certificate Anniversary Date following the Insured's 65th birthday.

This Rider takes effect on the effective date shown in the Certificate Schedule. It is subject to all the definitions, limitations, exclusions, and conditions of the Policy/Certificate except as stated.

FIDELITY SECURITY LIFE INSURANCE COMPANY

President                    Secretary

**FSLIC 0020**



# FIDELITY SECURITY LIFE INSURANCE COMPANY

3130 Broadway
Kansas City, Missouri 64111-2406
Phone 800-648-8624
A STOCK COMPANY
(Herein Called "the Company")

## 10 YEAR GROUP TERM LIFE INSURANCE BENEFIT RIDER

By attachment of this Rider, the Policy/Certificate is amended as follows:

The following Benefit is added to the Policy/Certificate and will only apply if:

1) The Insured Person's application for this Benefit is approved by Us; and
2) Premium payments are made for this Benefit. Reference to Insured's, Other Insured's, and Insured Person's coverage applies only if the application for such person has been approved by Us, and the required additional premium has been paid for this Benefit.

Premiums for this Rider are payable at the same interval as premiums for the Certificate.

**DEFINITIONS**
**Insured** means the person shown in the Certificate Schedule whose coverage under the Policy has become effective and has not ended.

**Insured Person** means the Insured or an Other Insured.

**Other Insured** means each person shown as covered under this Rider as an Other Insured in the Certificate Schedule whose coverage under the policy has become effective and has not ended.

**BENEFIT UPON THE DEATH OF AN INSURED PERSON**
We will pay the Benefit of this Rider, as shown in the Certificate Schedule, to the Beneficiary when We receive due proof of an Insured Person's death that occurs while this Rider is in force. We will pay the Benefit subject to the terms and provisions of this Rider.

**TERM OF INSURANCE**
The term of this insurance is for 10 years during which the amount of insurance does not change.

**PREMIUM ADJUSTMENTS**
The Initial Premium is shown in the Certificate Schedule and is guaranteed for one year from the Effective Date. The Guaranteed Premium for years two through ten are shown in the Table of Maximum Renewal Guaranteed Premiums. We reserve the right to decrease or increase the premiums shown in the Certificate Schedule subject to the premiums shown in the Table of Maximum Renewal Guaranteed Premiums.

Any change in premiums we make will:
1) take effect on the Certificate Anniversary Date following the date We make the change;
2) apply to all Certificates issued under the Policy. The premium rates charged will be the same for all Insured Persons of the same insuring age, sex, and risk classification whose Certificates have been in force for the same length of time: and
3) be made in accordance with Our procedures and standards.

**FSLIC 0021**

### TABLE OF ANNUAL MAXIMUM RENEWAL GUARANTEED PREMIUMS
### (Per $1,000)

| Issue Age | Male Non Tobacco | Male Tobacco | Female Non Tobacco | Female Tobacco | Issue/ Renewal Age | Male Non Tobacco | Male Tobacco | Female Non Tobacco | Female Tobacco |
|---|---|---|---|---|---|---|---|---|---|
| 20 | $ 1.98 | $ 3.18 | $ 1.58 | $ 2.18 | 43 | $ 4.43 | $ 8.46 | $ 3.98 | $ 6.14 |
| 21 | 1.98 | 3.18 | 1.58 | 2.18 | 44 | 4.66 | 9.11 | 4.19 | 6.47 |
| 22 | 1.98 | 3.19 | 1.58 | 2.19 | 45 | 4.90 | 9.80 | 4.40 | 6.80 |
| 23 | 1.99 | 3.19 | 1.59 | 2.19 | 46 | 5.43 | 10.54 | 4.63 | 7.15 |
| 24 | 1.99 | 3.20 | 1.59 | 2.20 | 47 | 5.98 | 11.33 | 4.88 | 7.53 |
| 25 | 2.00 | 3.20 | 1.60 | 2.20 | 48 | 6.55 | 12.18 | 5.15 | 7.94 |
| 26 | 2.02 | 3.21 | 1.62 | 2.21 | 49 | 7.14 | 13.10 | 5.45 | 8.38 |
| 27 | 2.05 | 3.24 | 1.65 | 2.24 | 50 | 7.75 | 14.09 | 5.79 | 8.86 |
| 28 | 2.09 | 3.29 | 1.69 | 2.29 | 51 | 8.38 | 15.16 | 6.17 | 9.38 |
| 29 | 2.14 | 3.36 | 1.74 | 2.36 | 52 | 9.04 | 16.32 | 6.60 | 9.95 |
| 30 | 2.20 | 3.46 | 1.80 | 2.46 | 53 | 9.73 | 17.59 | 7.08 | 10.57 |
| 31 | 2.28 | 3.59 | 1.88 | 2.59 | 54 | 10.45 | 18.98 | 7.61 | 11.25 |
| 32 | 2.38 | 3.75 | 1.98 | 2.75 | 55 | 11.20 | 20.50 | 8.20 | 12.00 |
| 33 | 2.50 | 3.95 | 2.10 | 2.95 | 56 | 12.00 | 22.14 | 8.85 | 12.83 |
| 34 | 2.64 | 4.20 | 2.24 | 3.20 | 57 | 12.87 | 23.89 | 9.56 | 13.75 |
| 35 | 2.80 | 4.50 | 2.40 | 3.50 | 58 | 13.85 | 25.74 | 10.34 | 14.77 |
| 36 | 2.97 | 4.85 | 2.57 | 3.83 | 59 | 14.99 | 27.68 | 11.20 | 15.91 |
| 37 | 3.15 | 5.25 | 2.75 | 4.16 | 60 | 16.32 | 29.70 | 12.16 | 17.19 |
| 38 | 3.34 | 5.69 | 2.94 | 4.49 | 61 | 17.87 | 31.80 | 13.24 | 18.62 |
| 39 | 3.54 | 6.17 | 3.14 | 4.82 | 62 | 19.67 | 33.98 | 14.45 | 20.21 |
| 40 | 3.75 | 6.69 | 3.35 | 5.15 | 63 | 21.76 | 36.24 | 15.80 | 21.97 |
| 41 | 3.97 | 7.25 | 3.56 | 5.48 | 64 | 24.19 | 38.58 | 17.31 | 23.90 |
| 42 | 4.20 | 7.84 | 3.77 | 5.81 | 65 | 27.00 | 41.00 | 19.00 | 26.00 |

We reserve the right to decrease the premiums shown.

**RENEWAL PRIVILEGE**
This Rider may be renewed at the end of the first 10 year term period and at the end of each subsequent 10 year term period until the Expiry Date shown in the Certificate Schedule. To renew, just send Us the applicable renewal premium shown in the Table of Annual Renewal Premiums.

**EXCHANGE OPTIONS**
**Exchange Option 1.** You may exchange this Rider at any time for a new Certificate on the life of an Insured Person without Evidence of Insurability. The new Certificate may be either:
   1) a Modified Premium Term to age 100 insurance Certificate; or
   2) a level premium whole life insurance Certificate, which is then being offered by Us for this Exchange.

The following conditions apply to Exchange Option 1:
   1) Proper written application for the new Certificate must be received during the Insured Person's lifetime at Our home office, while this Rider is in force and within 60 days before the requested exchange date. This Rider must be returned to Us with the application for exchange.
   2) The new Certificate takes effect on the date of exchange. In no event does the insurance provided by the new Certificate become effective prior to such date. The Incontestability and Suicide provisions in the new Certificate will be measured from the Effective Date of this Rider.
   3) The face amount of the new Certificate cannot be less than Our stated minimum for the plan of insurance purchased nor greater than the Benefit shown in the Certificate Schedule for this Rider.

**FSLIC 0022**

4) The premium for the new Certificate is at the rate in effect on the date of exchange at the then attained age and sex of the Insured Person. The premium class is the same as the Insured Person's premium class under this Rider.
5) Waiver of Premium Benefits may be included in the new Certificate only if included in the Certificate to which this Rider is attached subject to Our premium rates and issue rules then in effect. Any Waiver of Premium Benefits in the new Certificate will apply only if the Insured Person becomes Totally Disabled after the date of exchange.

**Exchange Option 2.** If this Rider is in force on the Exchange Date shown in the Certificate Schedule, and the Certificate to which this Rider is attached is exchanged for a new Modified Premium Term to Age 100 insurance Certificate 10 years, this Rider may be exchanged for a new 10 year term rider attached to the new Certificate without evidence of insurability.

**Exchange Option 3.** If this Rider is in force on the Exchange Date shown in the Certificate Schedule, and the Certificate to which this Rider is attached is continued as decreasing term beginning in Certificate year 11, this Rider may be exchanged for a new 10 year term rider without evidence of insurability.

The following conditions apply to Exchange Options 2 and 3:
1) Proper written application for the new Rider must be received during the Insured Person's lifetime at Our home office and prior to the Exchange Date. We will notify You 60 days prior to the Exchange Date that these Exchange Options are available.
2) The new Rider takes effect on the Exchange Date. In no event does the insurance provided by the new Rider become effective prior to such date.
3) The Death Benefit of the new Rider cannot be less than Our stated minimum for the 10 year term rider purchased nor greater than the Benefit shown in the Certificate schedule for this Rider.
4) The premium for the new Rider is at the rate in effect on the Exchange Date at the then attained age and sex of the Insured Person. The premium class is the same as the Insured Person's premium class under this Rider.
5) Waiver of Premium Benefits may be included with the new Rider only if included in the Certificate to which this Rider is attached subject to Our premium rates and issue rules then in effect. Any Waiver of Premium Benefit for the new Rider will apply only if the Insured Person becomes Totally Disabled after the Exchange Date.

## TERMINATION
This Rider will terminate on the earliest of these dates:
1) The premium due date You fail to pay the required premium for this Rider or the Certificate, subject to the grace period;
2) The date the Insured's Certificate becomes reduced paid up or extended term insurance, is exchanged, expires, matures, or otherwise terminates;
3) On the next premium due date following the date the We receive a written request from You to terminate coverage; or
4) The Expiry Date shown in the Certificate Schedule.

## LIMITATION
### Suicide
The Suicide Limitation of the Certificate to which this Rider is attached applies to this Rider.

## GENERAL PROVISIONS
**Incontestability:** The Incontestability provision of the Certificate to which this Rider is attached applies to this Rider.

**Beneficiary.** The Beneficiary is named in the application or in the most recent change recorded. Unless specified otherwise in writing, You are the Beneficiary for any Other Insured covered under this Rider. The Beneficiary can be changed in accordance with the Change of Owner or Beneficiary provision of the Certificate to which this Rider is attached.

**FSLIC 0023**

This Rider takes effect on the effective date shown in the Certificate Schedule. It is subject to all the definitions, limitations, exclusions, and conditions of the Policy/Certificate except as stated.

FIDELITY SECURITY LIFE INSURANCE COMPANY

President                    Secretary

4



# FIDELITY SECURITY LIFE
# INSURANCE COMPANY

3130 Broadway
Kansas City, Missouri 64111-2406
Phone 800-648-8624
A STOCK COMPANY
(Herein Called "the Company")

## FLEXIBLE PREMIUM ANNUITY BENEFIT RIDER

By attachment of this Rider, the Policy/Certificate is amended as follows:

The following Benefit is added to the Policy/Certificate and will only apply if the Insured's application for such Benefit is approved by Us.

**DEFINITIONS**
**Annuitant** means the person named in the Certificate Schedule. This is the person who will receive the annuity payments on the Maturity Date.

**Beneficiary** means the person named to receive benefits upon the death of the Annuitant. The Beneficiary is named in the application or in the most recent request received by Us while the Annuitant is living.

**Maturity Date** means the date chosen by You. If a Maturity Date is not chosen, We use the later of the Certificate Anniversary Date after the Annuitant's 70th birthday, or 10 years from the Certificate Effective Date. The Maturity Date can be changed with notification to Us in writing.

**DEATH BENEFIT**
The amount payable if the Annuitant dies before the Maturity Date is the Account Value as of the date of death. The Death Benefit is not less than the minimum required by the law of the state in which the Certificate is issued. The Beneficiary may choose between a single payment or any of the income options shown in the Certificate Schedule. Proof of death satisfactory to Us is required.

**ANNUITY BENEFITS**
On the Maturity Date, the Account Value can be paid in one lump sum or according to one of the income options shown in the Certificate. Proceeds are payable upon surrender of this Rider.

**PREMIUMS**
Premiums may be paid at any time and for any amount, while this Rider is in force before the Maturity Date and before the Annuitant's death.

**ACCOUNT VALUE**
The Account Value equals (1) - (2) + (3) where:

(1) Equals 100% of the premiums paid;
(2) Is any Partial Surrender Amounts; and
(3) Is the interest earned on (1) - (2) from the date of deposit or the date of withdrawal. The Guaranteed Interest Rate is 4%. Excess interest may be credited to this Rider as declared by Us and may be changed at any time.

**FSLIC 0025**

**SURRENDER VALUE**
The Surrender Value is equal to the Account Value. The Surrender Value is not less than the minimum required by the law of the state in which the Certificate is issued.

**FULL SURRENDER**
At any time before the Maturity Date, You may request in writing to receive this Rider's Surrender Value in a single sum.

**PARTIAL SURRENDER**
After the first Annuity Anniversary and before the Maturity Date of this Rider, You may surrender part of the Account Value one time each year. The amount withdrawn at any one time must be at least $250. A Partial Surrender may not reduce the Account Value remaining below $1,000.

**PAYMENT DEFERRAL**
We can delay payment of any amount surrendered for up to six months from the date of Surrender. However, interest continues to be earned at the declared rate or the rate required by the law of the state in which the Certificate is issued, whichever is greater.

**CONVERSION PRIVILEGE**
This Rider can be converted to an annuity policy, in a form currently being sold by Us, upon termination of the Insured's Certificate to which this Rider is attached. To convert this Rider, the following conditions must be met:

1) You must convert this Rider while it is in effect during the Annuitant's lifetime and prior to the Maturity Date shown in the Certificate Schedule; and
2) We must receive Your written request to convert this Rider to an annuity policy.

The effective date of the annuity policy will be the date of the conversion. The Account Value will not be greater than the Account Value in effect under this Rider at the time of the conversion.

**ANNUAL REPORT**
We will send an annual report which shows the following:

1) The current Account Value;
2) The amount and date of any premiums paid since the last report;
3) The amount and date of any Partial Surrenders since the last report; and
4) Any other information required by state law.

**TERMINATION**
This Rider will terminate on the earliest of these dates:

1) The Maturity Date of the Rider;
2) The premium due date the Insured fails to pay the required premium for the Certificate, subject to the grace period;
3) The date the Insured's Certificate becomes reduced paid up or extended term insurance, is exchanged, expires, matures, or otherwise terminates; or
4) The date this Rider converts to an annuity policy or is placed under one of the income options of the Certificate.

This Rider takes effect on the effective date shown in the Certificate Schedule. It is subject to all the definitions, limitations, exclusions, and conditions of the Policy/Certificate except as stated.

FIDELITY SECURITY LIFE INSURANCE COMPANY

President                    Secretary



# FIDELITY SECURITY LIFE INSURANCE COMPANY

3130 Broadway
Kansas City, Missouri 64111-2406
Phone 800-648-8624
A STOCK COMPANY
(Herein Called "the Company")

## ACCELERATED DEATH BENEFIT RIDER

By attachment of this Rider, the Policy/Certificate is amended by the following:

**Accelerated Death Benefits** means benefits payable under the Policy/Certificate in anticipation of death from a Terminal Medical Condition.

**Accelerated Death Benefit Amount** means the amount the Owner requests according to this Rider. The amount will be adjusted, as stated in the Benefit section of this Rider.

**Administrative Expense Charge** means the amount deducted from the Accelerated Death Benefit Amount to pay the cost of processing the acceleration of Death Benefits according to Our current practice at the time the benefit is requested. In no event will the charge exceed $200.

**Immediate Family** means a spouse, grandparent, parent, brother, sister, or child related by blood or marriage to the Insured, in-law, or any person who resides with the Insured.

**Physician** means a person licensed by the state in which he or she resides to practice the healing arts. He or she must practice within the scope of his or her license for the service or treatment given. He or she cannot be the Insured or a member of the Immediate Family.

**Physician's Statement** means a written statement signed by a Physician which: 1) gives the Physician's diagnosis of the Insured's Terminal Medical Condition; and 2) states that, with reasonable medical certainty, the Terminal Medical Condition will result in death within 12 months or less from the date the statement is signed.

**Terminal Medical Condition** means a medical condition that with reasonable medical certainty will result in the death of the Insured within 12 months or less from the date of the Physician's Statement. The condition must be diagnosed by a Physician on or after the effective date of this Rider, while this Rider is in force.

**Tax Disclosure Statement:** An Accelerated Death Benefit received under provisions of group life insurance coverage may be taxable to the recipient (and assistance should be sought from a personal tax advisor); and/or, may adversely affect the recipient's eligibility for Medicaid or other government benefits or entitlement.

**FSLIC 0027**

**Benefit**

If the Insured is diagnosed with a Terminal Medical Condition, the Owner may request an acceleration of a portion of the Death Benefit of the Policy/Certificate (Accelerated Death Benefit Amount). Payment of a benefit under this Rider will be made only once while the Insured is covered under the Policy/Certificate.

The maximum amount the Owner can request is 50% of the Death Benefit in effect on the date We receive the request, not including benefits provided under any other Riders attached to the Policy/Certificate except for any level term insurance rider on the life of the Insured only. The amount is also limited to a maximum of $250,000, which includes any amounts paid under any other Accelerated Death Benefit Rider in force with Us on the life of the Insured. If requests for Accelerated Death Benefits are being processed at the same time under two or more Policies and exceed the maximum, then each applicable Policy/Certificate will pay its proportionate share.

The amount of Death Benefit that remains in force under the Policy/Certificate must be at least $7,500.

The Accelerated Death Benefit Amount is adjusted or reduced as follows:

1) If the Death Benefit of the Policy/Certificate is scheduled to reduce in the 12 months following the date the Company approves the Insured's request, the Accelerated Death Benefit Amount will be reduced proportionately.
2) An actuarial discount is deducted, which reflects the early payment of the Death Benefit under the Policy/Certificate. This discount is based on the expected future lifetime of the Insured, and the interest rate which is declared by Us. The maximum interest rate We can use is the greater of the yield on 90 day U.S. Treasury Bills or the maximum adjustable Policy/Certificate loan interest rate allowed by law on the date Proof of Terminal Medical Condition is satisfied.
3) An Administrative Expense Charge is deducted from the Accelerated Death Benefit Amount.
4) If the Policy/Certificate has an outstanding loan on the date of Proof of Terminal Medical Condition is satisfied, the Accelerated Death Benefit Amount is reduced to repay a portion of the loan as specified in the Effect of Rider Benefit on Policy/Certificate section of this Rider.
5) If any required premiums are due and are unpaid within the grace period, a reduction in the Accelerated Death Benefit Amount is made to pay these premiums.

**Conditions for Payment of Accelerated Death Benefits**

The payment of Accelerated Death Benefits is conditioned on:

1) The Policy/Certificate must be in force, other than as Extended Term insurance or Reduced paid-Up insurance.
2) Written proof of Terminal Medical Condition must be received by Us as stated in the Proof of Terminal Medical Condition section of this Rider.
3) We must receive written consent from any irrevocable beneficiaries and assignees. We also reserve the right to require consent from a spouse, the Insured, other beneficiaries, or any other person if, in our discretion, such person's consent is necessary.
4) We must receive the Policy/Certificate with the Owner's written request for benefits under the Rider on a form satisfactory to the Company. We will return the Owner's Policy/Certificate with a new Schedule that shows all changes made to the Policy/Certificate benefits. These changes are outlined in the Effect of Rider Benefit on Policy/Certificate section of this Rider.

**Effect of Rider Benefit on Policy/Certificate**

After payment of an Accelerated Death Benefit, the Policy/Certificate stays in force, but is changed as follows:

1) The Death Benefit is reduced by the amount of the Accelerated Death Benefit.
2) Any guaranteed and current cash value, any account value, any outstanding loan and any required premium are reduced in the same proportion as the reduction in Death Benefit.
3) If there is a Waiver of Premium or disability waiver coverage in force on the date Proof of Terminal Medical Condition is satisfied, the Insured is deemed to be Totally Disabled and the initial waiting period required by such coverage is satisfied.

FSLIC 0028

**Proof of Terminal Medical Condition**
Written proof of the Insured's Terminal Medical Condition must be furnished to Us at Our home office before Accelerated Death Benefits are paid. Proof includes a properly completed claim form and a Physician's Statement acceptable to us. We may also request more medical information from the Physician or institution deemed necessary. We have the right to require a second opinion at Our expense, from a Physician of Our choice.

**Time of Payment of Benefits**
All benefits are payable immediately upon receipt of the due written Proof of Terminal Medical Condition.

**Payment of Benefits**
All benefits are paid in a lump sum to the Owner. Any benefit unpaid at the Insured's death is paid to the Beneficiary.

**Limitations**
No Accelerated Death Benefit coverage is provided for any benefit other than the Term Life Insurance Benefit.

**Termination**
This Rider will terminate on the earliest of the following:

   1) the date benefits are paid under this Rider;
   2) the date of the Insured's death;
   3) the date the Policy/Certificate becomes Extended Term or Reduced Paid Up insurance; or
   4) the date We receive the Owner's written request to terminate this Rider.

This Rider takes effect on the effective date shown in the Certificate Schedule page. This Rider terminates concurrently with the Policy/Certificate to which it is attached. It is subject to all the definitions, limitations, exclusions, and conditions of the Policy/Certificate except as stated.

FIDELITY SECURITY LIFE INSURANCE COMPANY

President                Secretary

3

**FSLIC 0029**



# FIDELITY SECURITY LIFE INSURANCE COMPANY

3130 Broadway
Kansas City, Missouri 64111-2406
Phone 800-648-8624
A STOCK COMPANY
(Herein Called "the Company")

# NOTICE

THIS NOTICE is to advise you that in the event a complaint should arise about this insurance, please contact:

Fidelity Security Life Insurance Company
3130 Broadway
Kansas City, MO 64111-2406
(Toll Free) 800-648-8624

If we at Fidelity Security Life Insurance Company fail to provide you with reasonable and adequate service, you should feel free to contact:

Illinois Department of Insurance
Consumer Division or Public Services Section
320 West Washington Street
Springfield, IL  62767-0001

**FSLIC 0030**

N-00050IL

93-20464 0103



# FIDELITY SECURITY LIFE INSURANCE COMPANY

3130 Broadway
Kansas City, Missouri 64111-2406
Phone 800-648-8624
A STOCK COMPANY
(Herein Called "the Company")

---

## ILLINOIS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION LAW

Residents of Illinois who purchase health insurance, life insurance, and annuities should know that the insurance companies licensed in Illinois to write these types of insurance are members of the Illinois Life and Health Insurance Guaranty Association. The purpose of this Guaranty Association is to assure that policyholders will be protected, within limits, in the unlikely event that a member insurer becomes financially unable to meet its policy obligations. If this should happen, the Guaranty Association will assess its other member insurance companies for the money to pay the covered claims of policyholders that live in Illinois (and their payees, beneficiaries, and assignees) and, in some cases, to keep coverage in force. The valuable extra protection provided by these insurers through the Guaranty Association is not unlimited, however, as noted below.

### ILLINOIS LIFE AND HEALTH INSURANCE GUARANTY ASSOCIATION DISCLAIMER

The Illinois Life and Health Insurance Guaranty Association provides coverage of claims under some types of policies if the insurer becomes impaired or insolvent. **COVERAGE MAY NOT BE AVAILABLE FOR YOUR POLICY.** Even if coverage is provided, there are substantial limitations and exclusions. Coverage is generally conditioned on continued residence in Illinois. Other conditions may also preclude coverage.

You should not rely on availability of coverage under the Life and Health Insurance Guaranty Association Law when selecting an insurer. Your insurer and agent are prohibited by law from using the existence of the Association or its coverage to sell you an insurance policy.

The Illinois Life and Health Insurance Guaranty Association or the Illinois Department of Insurance will respond to any questions you may have which are not answered by this document. Policyholders with additional questions may contact:

Illinois Life and Health Insurance Guaranty Association
8420 West Bryn Mawr Avenue, Suite 550
Chicago, Illinois 60631-3404
(773) 714-8050

Illinois Department of Insurance
320 West Washington Street
Springfield, Illinois 62767-0001
(217) 782-4515

**FSLIC 0031**

## SUMMARY OF GENERAL PURPOSES AND
## CURRENT LIMITATIONS OF COVERAGE

The Illinois law that provides for this safety-net coverage is called the Illinois Life and Health Insurance Guaranty Association Law ("Law") (215 ILCS 5/531.01, et seq.). The following contains a brief summary of the Law's coverages, exclusions, and limits. This summary does not cover all provisions, nor does it in any way change anyone's rights or obligations under the Law or the rights or obligations of the Guaranty Association. If you have obtained this document from an agent in connection with the purchase of a policy, you should be aware that its delivery to you does not guaranty that your policy is covered by the Guaranty Association.

A) Coverage:

The Illinois Life and Health Insurance Guaranty Association provides coverage to policyholders that reside in Illinois for insurance issued by members of the Guaranty Association, including:

1) life insurance, health insurance, and annuity contracts;
2) life, health or annuity certificates under direct group policies or contracts;
3) unallocated annuity contracts; and
4) contracts to furnish health care services and subscription certificates for medical or health care services issued by certain licensed entities. The beneficiaries, payees, or assignees of such persons are also protected, even if they live in another state.

B) Exclusions from Coverage:

1) The Guaranty Association does **not** provide coverage for:
   a) any policy or portion of a policy for which the individual has assumed the risk;
   b) any policy of reinsurance (unless an assumption certificate was issued);
   c) interest rate guarantees which exceed certain statutory limitations;
   d) certain unallocated annuity contracts issued to an employee benefit plan protected under the Pension Benefit Guaranty Corporation and any portion of a contract which is not issued to or in connection with a specific employee, union or association of natural persons benefit plan or a government lottery;
   e) any portion of a variable life insurance or variable annuity contract not guaranteed by an insurer; or
   f) any stop loss insurance.
2) In addition, persons are **not** protected by the Guaranty Association if:
   a) the Illinois Director of Insurance determines that, in the case of an insurer which is not domiciled in Illinois, the insurer's home state provides substantially similar protection to Illinois residents which will be provided in a timely manner; or
   b) their policy was issued by an organization which is not a member insurer of the Association.

C) Limits on Amount of Coverage:

1) The Law also limits the amount the Illinois Life and Health Insurance Guaranty Association is obligated to pay. The Guaranty Association's liability is limited to the lesser of either:
   a) the contractual obligations for which the insurer is liable or for which the insurer would have been liable if it were not an impaired or insolvent insurer, or
   b) with respect to any one life, regardless of the number of policies, contracts, or certificates;
      i. in the case of life insurance, $300,000 in death benefits but not more than $100,000 in net cash surrender or withdrawal values;
      ii. in the case of health insurance, $300,000 in health insurance benefits, including net cash surrender or withdrawal values; and
      iii. with respect to annuities, $100,000 in the present value of annuity benefits, including net cash surrender or withdrawal values, and $100,000 in the present value of annuity benefits for individuals participating in certain government retirement plans covered by an unallocated annuity contract. The limit for coverage of unallocated annuity contracts other than those issued to certain governmental retirement plans is $5,000,000 in benefits per contract holder, regardless of the number of contracts.
2) However, in no event is the Guaranty Association liable for more than $300,000 with respect to any one individual.

2

| If List Billing | | Fidelity Security Life Insurance Company 3130 Broadway • Kansas City, MO 64141 | Agent Name (Please Print) MARINA PEPPA FAND PLUS |
|---|---|---|---|
| Company Name | | APPLICATION FOR INSURANCE | Agent # 900935  901554 |
| Billing Number ISMA01M | | RECEIVED JUN 2002 USE DARK INK | #FF0128030 |

| Proposed Primary Insured | Name (First, Middle, Last) Martin G Vega | Age at Reg. Eff. Date 41 | Birth Date 9-27-60 | Birth State Mexico | Ht. 5.09 | Wt. 170 |
|---|---|---|---|---|---|---|
| | ☑Male ☐Female  ☑Married ☐Single ☐Widowed ☐Divorced ☐Separated | | | Social Security # 335 86 1855 | | |
| | Home Address 18 26      S  61 Ap | City Chicago | State IL | Zip Code 60809 | Home Phone No. 9800472 | |
| | Employer Name and Address 1100 Belmont Av 2160M Occupation Central Grocers Cooperative Inc - Franklin Park order picker | | Employer Phone No. 1-847-4510660 | | How Long 4 y | |

| Secondary Insured(s) 10 Year/ Child Term Life Insurance Benefit Riders | Name (First, Middle, Last) | Relation to Primary Insured | Sex | Social Security Number | Occupation | Date of Birth | Birth Place | Ht. | Wt. |
|---|---|---|---|---|---|---|---|---|---|
| | Enedina Gomez | wife | F | 348972299 | Garden lady | 2-12-60 | Mexico | 5.02 | 155 |

| Owner Information | Owner's Name (if other than Proposed Insured) | | Social Security No. | Relation to Proposed Primary Insured |
|---|---|---|---|---|
| | Owner's Address | City | State | Zip Code |

| Beneficiary | Primary Enedina Gomez, Martin and Pedro Gomez   Relationship wife, sons |
|---|---|
| | Contingent Toivas Perez and Pedro Vega   Relationship brother in law, brother |

| Coverage and Benefits for Primary Insured | GROUP LIFE INSURANCE PLAN: ☐ 10 Year Term Life Certificate ☐ Other  TL68  ☑ Term to 100, Modified Premium Certificate | Premium $ 1201.50 |
|---|---|---|
| | GROUP LIFE INSURANCE PLAN FACE AMOUNT $ ___ A/P | $ ___ |
| | RIDERS (Only Available with Term to 100 Modified Premium Group Life Insurance Plan): | |
| | ☑ Waiver of Premium for Total Disability | $ ___ |
| | ☑ Accidental Death Benefit | $ ___ |
| | ☑ Monthly Disability Income Benefit  Monthly Benefit Amount $ 500 | $ ___ |
| | ☐ Additional Purchase Option Benefit  Face Amount $ ___ | $ ___ |
| | ☐ 10 Year Term Life Insurance Benefit  Face Amount $ ___ | $ ___ |
| | ☐ Child Term Life Insurance Benefit  Face Amount $ ___ | $ ___ |
| | ☑ Accelerated Death Benefit | $ ___ |
| | ☑ Flexible Premium Annuity Benefit | $ ___ |
| | ☐ Waiver of Premium for Flexible Premium Annuity Due to Total Disability | $ ___ |
| | PRIMARY INSURED'S TOTAL PREMIUM: | $ 1,201.50 |

| Coverage for Secondary Insured(s) | 10 Year Term Life Insurance Benefit Rider | Premium |
|---|---|---|
| | Name Enedina Gomez  Face Amount $ 50.000 | $ 130.50 |
| | Name ___  Face Amount $ ___ | $ ___ |
| | For additional names and amounts, please attach a separate sheet which is signed and dated. | |
| | SECONDARY INSURED(S) TOTAL PREMIUM: | $ 130.50 |

| Premiums and Payment Method | | TOTAL PREMIUM (ALL INSUREDS): | $ 1332 |
|---|---|---|---|
| | Premium Mode: ☐Annual ☐Allotment | ☐List Bill (Need a Premium of 3) ☑Monthly Pre-Authorized Check (PAC) (Attach Authorization and Void Check) | Automatic Premium Loan? ☑Yes ☐No |
| | Send Premium Notices to: ☑Insured ☐Owner | ☐Other (Please attach a separate sheet with name and address) | Requested Effective Date: 06-01-02 |
| | Conditional Receipt Given? ☑Yes ☐No | | Amount Collected: $ 111 |

| Life Insurance in force for all Proposed Insureds | Insured | Name of Company | Benefit/Face Amount | Issue Year | Policy Type. |
|---|---|---|---|---|---|
| | | | | | |
| | Will the insurance coverage applied for replace or change any existing insurance or annuity contract? ☐Yes ☑No | | | | |
| | If yes, which company? ___ Policy No.: ___ Termination Date: ___ | | | | |

| Has any proposed insured person ever had a driver's license revoked or suspended?  Name: Martin Vega   Driver's License Number: V2005606 0275 | ☐Yes ☑No |
|---|---|
| Has any proposed insured person used tobacco in any form in the past 12 months? | ☐Yes ☑No |
| Has any proposed insured person ever participated or do any anticipate participation in the next two years:  a.  as a pilot, student pilot, or member of the crew of any type of aircraft?  b.  in sky diving, parachuting, underwater diving, racing?  (If yes to either question, please complete and attach Form A-00916) | a. ☐Yes ☑No  b. ☐Yes ☑No |
| Has any proposed insured person ever had life, disability, or health insurance coverage declined, restricted, postponed, rated up, or charged an extra premium for such insurance?  If yes, give details: | ☐Yes ☑No |

| A-00604 | SPECIAL REQUESTS | ADMINISTRATIVE OFFICE USE | M-1045, M-1031  98 |
|---|---|---|---|

**FSLIC 0033**

| Has any proposed insured person: | | Yes | No |
|---|---|---|---|
| 1. | Within the past 10 years, had a diagnosis of or been treated for cancer, tumor, cyst, heart or circulatory trouble, high blood pressure, stroke, anemia, blood disorders, diabetes, thyroid, glandular disorder, psychiatric conditions, neurological impairment, digestive system, liver, kidney, respiratory disorders, asthma, emphysema, chronic obstructive lung disease, muscular or skeletal system, alcohol or drug abuse? | ☐ | ☒ |
| 2. | Within the past 10 years, been diagnosed or treated by a member of the medical profession as having Acquired Immune Deficiency Syndrome (AIDS) or AIDS Related Complex (ARC)? | ☐ | ☒ |
| 3. | Currently or been under a doctor's care or taking any prescribed medication? | ☐ | ☒ |
| 4. | During the past 5 years, consulted any physician or other practitioner, been hospitalized, had a blood study, or an operation? | ☐ | ☒ |
| 5. | Ever used drugs or similar agents other than as prescribed by a physician? | ☐ | ☒ |
| 6 | Ever had surgery or has surgery ever been recommended? | ☐ | ☒ |
| 7 | Had any physical or mental defect, including depression or nervousness, other than shown above? | ☐ | ☒ |
| 8. | Gained or lost weight in the past year? If yes, give amounts and cause below. | ☐ | ☒ |

Name and address of regular physician for each proposed insured person: _____

If you answered "Yes" to any of the above questions, give complete details below. If additional space is needed, please attach a separate sheet which is signed and dated.

| Q# | Person to Whom it Applies | Date of Service | Include all information as to the nature of illness or injury, symptoms, duration, treatment, and results. | Name and Address of Physician(s) and Hospital(s), if any. |
|---|---|---|---|---|
| | | | | |
| | | | | |
| | | | | |
| | | | | |

I and the undersigned agent represent that all statements and answers contained in this application are complete and true. I AGREE that this application will be the basis for and part of the Certificate that is issued; and that coverage will begin on the effective date in the Certificate if the first premium has been paid during the proposed Insured's lifetime and while his/her health and occupation remains as stated in this application. I understand any material misstatements or omissions may be used as a basis for rescinding my coverage. This means all claims will be denied and the Company's liability will be limited to full refund of premium less any claims previously paid. I and the undersigned agent certify that I have read, or had read to me, the completed application.

Coverage may begin prior to the date of delivery of the Certificate as shown in the Conditional Receipt. Any life benefits effective prior to the Certificate delivery date are limited to $75,000. This limit includes any accidental death benefits attached to the Certificate.

I have received and read a copy of the Pre-Notice which describes how information is obtained and used by Fidelity Security Life Insurance Company.

I HEREBY AUTHORIZE any licensed physician, medical practitioner, hospital, clinic, or other medical or medically related facility, insurance company, or the Medical Information Bureau, Inc., that has any records or knowledge of me or my health, or any other proposed insured or their health, to give to Fidelity Security Life Insurance Company, or its reinsurers, any such information for use to determine eligibility for insurance or benefits under an existing policy. A photographic copy of this authorization shall be as valid as the original. I agree this authorization shall be valid for two years from the date shown below. I understand that I or my authorized representative may receive a copy of this authorization.

No agent can: a) accept risks; b) modify coverage; or c) waive any rights or requirements. The acceptance of any Certificate issued on the basis of this application shall be an acceptance and ratification of all corrections, additions, or changes noted in the "Administrative Office Use" section on the front of this application. However, any change in the amount, class, plan of insurance, benefits, or the age at issue shall be subject to written agreement by the applicant.

Any person who, with intent to defraud or knowing that he is facilitating a fraud against an insurer, submits an application or files a claim, containing a false or deceptive statement is guilty of insurance fraud.

X _martin G Vega_    5-7-2        X _Gracima Vega_    5-7-2
Signature of Proposed Insured    Date        Signature of Proposed Secondary Insured (if an adult)    Date

X _____        X _____
Signature of Owner Applicant    Date        Signature of Proposed Secondary Insured (if an adult)    Date

X _Norma Plata Katya Rivera_  5-7-2    X _____
Signature of Licensed Agent    Date        Signature of Parent or Legal Guardian of Proposed Secondary Insured    Date
                                          (if Proposed Secondary Insured is a minor)

_5-7-2_    _chicago_    _Il_        _361961223_    _326924362_
Dated    City    State        Agent's State License No.

## Agent Information
Is Proposed Insured's Certificate to be sent to the Agent?  ☒ Yes  ☐ No

*Writing Agent Statement*
I hereby attest that I: 1) have personally seen the person proposed for insurance at the time this application was completed; 2) have personally asked each question on the application of the person proposed for insurance, and to the best of my knowledge and belief the statements contained in the application are complete and true; 3) have personally witnessed the signature of the person proposed for insurance.
To your knowledge and belief, will the insurance coverage applied for replace or change any existing insurance or annuity contract?  ☐ Yes  ☒ No

If yes, which company? _____  Policy No.: _____  Termination Date: _____

Agent's Signature X _Norma Plata_      Commission %  _50_
Agent No. _900937_  Dated at _Cicero_  this _7_ day of _May_  _2002_
2nd Agent's Signature X _Katya Rivera_      Commission %  _50_
Agent No. _901554_  Date _5-7-2_

FSLIC 0034



**IMPORTANT INFORMATION**

The main ingredients to your FREEDOMFLEX(R) program are the enclosed Modified Premium Term Life to age 100 Insurance Certificate and the Annuity Rider attached to the Certificate.

This program is designed to provide you with valuable coverage plus an opportunity to accumulate attractive cash values. Along with the enclosed life insurance Certificate, you will find an Annuity Rider. After the first year, the major percentage of cash value accumulations will occur in this Annuity Rider with a minor percentage endowing within the Term Life Insurance Certificate at the end of ten years.

Fidelity Security Life Insurance Company is responsible for the Term Life Insurance Certificate and the Annuity Rider. ISM Administrators, a separate entity, will mail you an option election letter at the end of your first year. The option election letter will enable you to choose how your cash values outside of your Certificate will accumulate. They can accumulate with the Fidelity Security Life Insurance Company as part of the Annuity Rider and cash value of the Certificate, or you may ask the plan administrator to redirect the non-premium dollars to a completely separate investment account of your own choosing, not provided by Fidelity Security Life Insurance Company.

ISM Administrators is responsible for all premium collection, disbursement of premium to the insurance company and to any other entity you wish. Contact ISM Administrators at the number listed below for all matters concerning premiums.

WE URGE YOU TO BE <u>EXTREMELY CAUTIOUS</u> IF ANYONE SHOULD ADVISE YOU TO <u>CANCEL OR CHANGE</u> THIS COVERAGE. AGENTS FOR ANOTHER INSURANCE COMPANY MAY NOT BE FAMILIAR WITH THE ADVANTAGES OF THIS UNIQUE PLAN. DOING SO CAN RESULT IN LOST COVERAGE AND REDUCED CASH VALUES.

IF SOMEONE SHOULD ADVISE YOU TO <u>CANCEL OR CHANGE</u> THIS COVERAGE, OR IF YOU WISH TO RECEIVE FURTHER INFORMATION ABOUT IT, PLEASE <u>CONTACT</u> YOUR <u>REPRESENTATIVE</u> OR ISM Administrators.

**IMPORTANT**

**IF YOU MOVE, CHANGE YOUR TELEPHONE NUMBER OR CHANGE BANK ACCOUNTS, CONTACT YOUR REPRESENTATIVE. If you cannot reach your representative, please contact ISM Administrators toll-free at (800) 488-1474.**

COVERAGE FOR: Martin G Vega        FF0128030
2717 S Kenilworth Rd
Berwyn, IL 60402