# SERVICE AGREEMENT

## ADMINISTERED BY: ISM ADMINISTRATORS (ISMA) • 17722 IRVINE BOULEVARD • TUSTIN, CA 92780 • (714) 505-1100
### www.ismflex.com

| 1) DEPOSITORS NAME - Last, First, M.I. | 7) NAME OF BANK | 11) FREQUENCY OF PAYMENTS |
|---|---|---|
| MARTIN G VEGA | Mid America Bank | MONTHLY |
| **2) INSURED NAME** | ☒ SAVINGS ☐ CHECKING | **12) SERVICE FEE** |
| MARTIN G VEGA | 0110285569 | 4= |
| **3) INSURED ADDRESS** | **8) BANK ADDRESS** | **13) NET MODIAL PREMIUM / PAYMENT** |
| 1826 S 61 A | 55th and Holmes | 111 |
| **4) CITY, STATE, ZIP** | **9) CITY, STATE, ZIP** | **14) ASSOCIATION -** AAPE |
| Chicago Il | Clarendon Hill J 60514 | Amount $ 1= |
| **5) DAY TIME PHONE #** | | **15) OTHER -** |
| | | Amount $ |
| 708-7800422 | **6) EVENING PHONE #** 708 8374950 | **10) BANK PHONE #** 630-3257300 | **16) OTHER -** Amount $ |

The above named individual hereinafter referred to as "Client" requests ISM Administrators, hereinafter referred to as "ISMA", to provide the services described below, under the terms and conditions outlined in the Agreement, in return for a periodic service fee identified above and agreed hereto.

**SERVICES:**

The Client shall receive the following services from ISMA: Effectuate the payment of monies, including premium(s) or deposits to designated third parties as requested or otherwise directed in writing by Client.

In exchange for providing the monthly services for Client, ISMA is entitled to a monthly service fee as designated above. The fee is earned following the performance of the monthly service. ISMA may, from time to time, in its discretion modify the service fee upon thirty (30) day written notice to Client.

In order to receive the above services, Client hereby authorizes their bank to accept periodic electronic transfers or drafts from the Bank of America's Automated Payment Service for the amount stipulated above or as modified in writing from Client in the frequency stipulated above. Said transfers shall continue subject to the terms of the Agreement.

**AUTHORIZATION FOR AUTOMATIC TRANSFER OF FUNDS: (NOT APPLICABLE TO ANNUAL PAYMENT)**

I/we hereby authorize the transfer of funds held in the above named institution for the purpose of making monthly payments on my behalf. I authorize the above named institution to accept transfer of funds as if the transfer were signed personally by me. This authority is to remain in effect until I revoke same in writing, and I agree that each institution involved in any transfer shall be fully protected in honoring such transfers until such time. I further agree that if any transfer is dishonored due to any reason, the institutions involved shall be under no liability whatsoever even though it may result in the non-payment of my insurance premium or capital accumulation deposit.

**TERMS AND CONDITIONS:**

Client may terminate this Agreement at any time giving ISMA thirty (30) days **written** notice. ISMA may choose to terminate this Agreement if for any reason a debit transfer from Client's bank cannot be made due to insufficient funds, stop payment order, or closure of said account. In this event a service charge of $10.00 will be charged to client. Client acknowledges that, in the event a debit transfer is unsuccessful for the reasons stated above, any payments on the Client's behalf to any institution will not be made until Client satisfies the unsuccessful debit plus all related fees. Should ISMA choose to terminate this Agreement due to occurrence of unsuccessful debit transfer, the Client will forfeit any right to a refund of any fees paid to date, without releases of obligation on monies still owing to ISMA, or its custodian.

Client agrees that any monies owed to ISMA, or its custodian, shall be subject to any additional charges and costs incurred by ISMA, or its custodian, through collection procedures, legal fees, and court costs. In the event that the parties must litigate disagreements arising from this contract, the parties hereto agree to conduct any such litigation under the laws of the Sate of California, and that venue for such proceedings shall be only in the County of Orange, State of California.

Client agrees that any late fees, adverse credit reports to any credit reporting agency, loss of coverage, or loss of interest/gain on any capital accumulation account due to inaccessible or insufficient funds in the Client's account are the sole responsibility of the Client.

Client agrees that ISMA, the custodian, and all recipients of directed payments shall not be liable for any loss occasioned by inadvertent delay or error in remitting monies to the institution or designated account, nor shall such companies bear any responsibility for any security transactions effectuated on behalf of Client by a third party. Client agrees that electronic transfers or drafts prior to policy approval and issue, if applicable, do not constitute, imply or guarantee the issuance of insurance coverage. Client understands that ISMA is solely an administrator of Client's monies and contracting with ISMA does not require the purchase of any other services.

**IT IS THE CLIENT'S RESPONSIBILITY TO NOTIFY ISMA IN WRITING, THIRTY (30) DAYS PRIOR TO THEIR NEXT PAYMENT, OF ANY CHANGE OF ADDRESS, BANK ACCOUNT NUMBER, OR CHANGE OF BANK. FAILURE TO DO SO MAY RESULT IN A PAYMENT NOT BEING MADE TO INSURER, CAPITAL ACCUMULATION ACCOUNT, ASSOCIATION, OR OTHER BENEFIT. ALTHOUGH WE MAY CONTINUE TO DRAFT FOR PREMIUM WHEN YOU HAVE MISSED A PAYMENT, YOUR COVERAGE MAY NOT BE IN FORCE IN THE EVENT OF A CLAIM AGAINST YOUR POLICY.**

If any one or more of the provisions and/or conditions contained in the Agreement shall be held to be invalid, illegal, or unenforceable in any respect, such invalidity, illegality, or unenforceability shall not effect any other provision of this Agreement.

I/we have read, and agree to, the terms and conditions as stated above.

| DEPOSITOR (SIGNATURE) | OWNER IF OTHER THAN DEPOSITOR (SIGNATURE) | DATE |
|---|---|---|
| martin G Vega | | 5- 7- 2 |

## ATTACH VOIDED CHECK OR SAVINGS DEPOSIT SLIP SHOWING ACH TRANS[...]
COPYRIGHT INTERSTATE SPECIALITY MARKETING, INC. 1999 ALL RIGHTS RESER[...]

## WHITE: TO HOME OFFICE / PINK: TO CLIENT

ISM#101B 01/99

**EXHIBIT**

B