## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS - EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN G. VEGA, | ) | |
| | ) | |
| Plaintiff, | ) | No.   08 CV 771 |
| | ) | |
| vs. | ) | Judge Grady |
| | ) | |
| FIDELITY SECURITY LIFE INSURANCE COMPANY and ISM ADMINISTRATORS, | ) ) ) | Magistrate Judge Brown |
| | ) | |
| Defendants. | ) | |

### REPLY TO AFFIRMATIVE DEFENSES

Plaintiff, MARTIN G. VEGA, by his attorneys, STEVEN A. GROSSMAN and MICHAEL J. GOLDSTEIN, provides the following reply to Defendants' Affirmative Defenses:

### FIRST AFFIRMATIVE DEFENSE

Plaintiff's claim under Counts I and II of his Complaint are barred because Plaintiff failed to make all necessary premium payments as required under the terms of the insurance policy.  The insurance policy issued to Plaintiff failed to make the September 2005 and December 2005 premium payments within the 31 day grace period.

**Reply:** **Plaintiff denies the allegations contained therein.**

### SECOND AFFIRMATIVE DEFENSE

Plaintiff is barred from receiving disability benefits pursuant to the reinstatement policy for his failure to disclose to Fidelity that he was purportedly diagnosed and being treated for cancer beginning in December, 2005, and smoking within 12 months of applying for reinstatement.

**Reply:** **Plaintiff denies the allegations contained therein.**

WHEREFORE, plaintiff prays that this Court strike Defendants' Affirmative Defenses.

MARTIN G. VEGA

By: \s\ Steven A. Grossman

By: \s\Michael J. Goldstein

**CERTIFICATE OF SERVICE**

I hereby certify that on February 29, 2008, I electronically filed the foregoing "Reply to Affirmative Defenses" with the Clerk of Court using the CM/ECF system which sent notification of such filing to the following:

Glen E. Amundsen          gamundsen@salawus.com

Robert D. Boroff          rboroff@salawus.com

John D. LaBarbera         jlabarbera@osalaw.com

Michael J. Goldstein & Associates, Ltd.
Steven A. Grossman (ARDC # 1073729)
Michael J. Goldstein (ARDC# 1000020)
Attorneys for Plaintiff
318 West Adams Street
Suite 1700
Chicago, Illinois 60606
Goldstein: (312) 346-0945
Grossman: (312) 444-9528
Facsimile: (312) 346-0946

Case 1:08-cv-00771     Document 11     Filed 02/29/2008     Page 3 of 3