File No. 3006390-JDL

## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | | |
|---|---|---|
| MARTIN G. VEGA. | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | No. 08 CV 771 |
| FIDELITY SECURITY LIFE | ) | Judge Grady |
| INSURANCE COMPANY and ISM | ) | Magistrate Judge Brown |
| ADMINISTRATORS, | ) | |
| | ) | |
| Defendants. | ) | |

### REPORT OF PARTIES' PLANNING
### MEETING PURSUANT TO FED. R. CIV. P. 26(f)

I.  Pursuant to Rule 26(f) of the Fed. Rules Civ. Proc., a telephone conference was held in this matter on April 23, 2008. The following attorneys have participated:

> Steven Grossman, Attorney for Plaintiff, Martin G. Vega
>
> John D. LaBarbera and Robert D. Boroff, Attorneys for Defendants, Fidelity Security Life Insurance and ISM Administrators

II. Both parties will exchange Rule 26(a)(1) disclosures no later than April 30, 2008.

III. Discovery Plan.

   A. The parties jointly propose to the Court the following discovery plan:

   1. Written discovery would commence on: May 2, 2008

   2. Written discovery would be completed by: August 8, 2008

   3. Oral discovery would be completed by: November 7, 2008

   B. Discovery will be needed on the following subjects:

   1. The bank accounts of plaintiff at National City Bank, formerly known as Mid America Bank, from January 1, 2004 until December 31, 2007.

   2. Plaintiff's complete medical history.

   3. All correspondences, notifications, and any other records related to unpaid premium payments.

        4.      All correspondences, notifications, and any other records related to the cancellation of plaintiff's life insurance policy with Fidelity Security Life Insurance Company.

        5.      All contracts and agreements entered into by plaintiff regarding electronic funds transfers.

C.    All discovery to be completed by: <u>November 14, 2008</u>

        1.      Maximum of thirty (30) interrogatories by each party to any other party. Responses will be due thirty (30) days after service.

        2.      Maximum of ten (10) depositions by each party. Each deposition will be limited to a maximum of five (5) hours unless extended by agreement by the parties.

D.    Expert Witness Discovery

        1.      Plaintiff's expert disclosures including reports from retained experts under Rule 26(a)(2) are due on or before: <u>August 1, 2008</u>.

        2.      Depositions of plaintiff's experts should be completed by: <u>October 17, 2008</u>.

        3.      Defendants' expert disclosures including reports from retained experts under Rule 26(a)(2) are due on or before: <u>September 5, 2008</u>.

        4.      Depositions of defendants' experts should be completed by: <u>November 14, 2008</u>.

E.    Dispositive Motions

        1.      Motions for summary judgment should be filed by: <u>December 31, 2008</u>.

        2.      Responses to motions for summary judgment should be filed by: <u>January 28, 2009</u>.

        3.      Replies to motions for summary judgment should be filed by: <u>February 11, 2009</u>.

F.    Final List of Witnesses and Exhibits under Rule 26(a)(3) should be due:

        1.      From plaintiff: <u>February 20, 2009</u>.

        2.      From defendants: <u>February 27, 2009</u>.

3. Parties should have fourteen (14) days after service of final list of witnesses and exhibits to list objections under Rule 26(a)(3).

G. Trial

1. The case should be ready for trial by: <u>March 7, 2009</u> and is expected to take approximately three (3) days.

Dated: April 24, 2008

                                        Respectfully submitted,

                                        By: s/ Steven Grossman
                                        Steven Grossman (ARDC # 1073729)
                                        Michael J. Goldstein & Associates Ltd.
                                        318 W. Adams Street, Suite 1700
                                        Chicago, Illinois 60606
                                        Attorney for Plaintiff


                                        By: s/ John D. LaBarbera
                                        John D. LaBarbera (ARDC # 6274012)
                                        Robert D. Boroff (ARDC # 6289100)
                                        150 N. Michigan Ave., Suite 3300
                                        Chicago, Illinois 60601
                                        Attorney for Defendants